Complaint Against
medical                    Social WORKER
DR. Andrea Matsumura & MR. Michael House

I only asked Dr. Matsumura, if she could write a letter to the court stating, all the turmoil in St. Helens, and my x-wife not following Stipulated judgment, concerns my health being more stress which affects my Diabetes. Then Dr. Matsumura started to get upset and you are already Diagnosis with Major Depression and After visit, I found out she wrote false information with derogatory comments all over the chart.

False Statements in the Chart dated 2/26/13:
1) "...he refuses to mental health serices or care for mental health disorder....
I DO NOT TRUST HOW KAISER TREAS ME AND I KNOW FOR SURE THAT DR. HOUSE HAS BEEN RELEASING INFORMATION OUTSIDE OF KAISER|

                                   ı. Dr. House was act strangley especially first time I met him.  15 - 20 min late, keep going out of the room for several times after he start the session. He went to the computer and click something before he start the session. Felt like he was talking little bit louder and talking to some other place to microphone? After that my Judge was Judge Grant and she start referring to Judge Grove since then and disqualify herself.  Also he asked me to circle the condition of my mood whether suisidal or how I feel about the future, etc. which is questionaries but I neve seen it was filed with Medical Record Office for 3 or 4 questionaries that I filled out and sign.  He also never return the realse form that I sign. I also claim that when I asked for another Social Worker in Vancouver or Longview for Social Worker and Phyciatric Physician, Mental Department would keep refusing and refer back to Dr. House.  In June 2012, I also talked about the Judge and my computer was hacked, right next day, several web site was linked to UnSafe site picture with Police which I have video and photograph to proof that was happening.  Since then it has been more than 8 months but Mr. House called me right next day that I had office visit with Dr. Matsumura. Only one minute call but Dr. House has dignosis me as PHYCHOSIS (Chronic) stating on 2/26/2013, "Reviewd PCP note from her recent office visit with the pt, PCP has multiple concerns, believes that Mr. Okuda likely has MDD with Psychotic Featues, called the patient this AM,

                                              J.
Continue to page 2

p. 2

All mental health treatment states "I'd rather not talk about it, the church will help me", Offered cotinuing service, declined, offered EPS informatin Declined. One minute phone call. I do not know what is EPS means and I have already sent complaint letter to Dr. Andrea Matsumura about on July 5th 2012 and received by Kaiser Permanente on July 12, 2012 (see attach) regarding my concern with about the release of information, Dr. House would twist around my statment, leaking out side etc. I also sent emails to Dr. Matsumura regarding Dr. House that I am not confortable with how Mental Health Department is handing my referrals. They would keep twisting around as well as Dr. Matsumura. Dr. House would keep comming back especially after 8 months and called me and again twisted around and diagnosis with MDD with Psychotic Feature / Phychosis. Also stated " Since he is declining treatment in this department I am not able to comment on risk of hospitalization, self harm, or any behavior that may be associate with Phychosis." and also stating "I will assess for a higher level of care, safety issues, risks related to decompensation, and any risk of harm to others. This is right after Dr. Matsumura spoked to him otherwise he would not call me. Dr. Matsumura has made a lot of false statement in her chart including degoratory comments. I have underlined in her chart where she is making false statements, make ups and twisted around the conversation we talked. ... "He denies any visual hallucinations but states some times he hears other people in his home that tell him what his problems are"... made really sound like I am Phyco and have severe mental problem. Almost all statement she made was Created by Dr. Matsumura. She informed me she is not a position to write letter about disruptions/interruptions from my x-wife on parenting and about a group of people in St. Helens causes stress and effect Diabetes is not her area to diagnosis because she is not mental expert and she kept referring to Mr. House (Social Worker at Kaiser Department) Dr. Matsumura has stated "MDD is a diagnosis he has carried I believe he may have psychotic features as well and GAD has been diagnosed DM2 Insight is poor with GAF of 40....I get strong impression that she has lining up all the Mental Diagnosis that she can put sounded really bad. She has started and finalize my diagnosis with Mr. Michael House.

Dr. Matsumura has Disciplinary action on August 9, 2010 by Medical Board, alleges violations of the Medical Practice Act (state Law) requiring allegations of unprofessional or dishonorable conduct; gross or repeated negligence; and prescribing a controlled substance without a legitimate medical purpose or following accepted procedures. Also
She has Malpractice claim? Please refer to Medical Board Dr. Matsumura's License Record.

→ In April to May, keep ordering HIV testing without my consent and without talking to me. I found out before giving a blood to Kaiser Lab and found out because I was more suspicious about doctors and social workers getting strange. I am also realize that in last 3 months, I notice that there is EPIC system that they share all the patient records between the hospitals including not just Medical Records that can get by Patients and third party with Patients consent, but also internal doctor's and nurses notes that Patients have no access of.  One doctor at Legacy, mentioned repeatly "I am not going to write" after I asked her few times what is said in Internal Patient Record that you can access?

I certify that the above information is true to the best of my knowledge. ⟨signature⟩    May 24, 2013

Gmail
by Google

Okuda Aaron Yoshihito <aaron.okuda@gmail.com>

## Fwd: My Denture Broke that was made in November 2012.
1 message

**Okuda Aaron Yoshihito <aaron.okuda@gmail.com>**          Thu, Feb 21, 2013 at 5:22 PM
To: Suzanne.M.Pentheny@kp.org

Dear Ms. Pentheny;

I went to Interstate Dental Office on Feb. 20th.   Dr. Umber refused to fix unless I pay for the new denture which
is over $3000?
Dr. Umber mentioned identify as temporary denture on both 2 dentures that I showed. One with Temporary and
another one is for
final Denture. After I explained to him the one is broked was final denture.  I explained to him which I have
explain to you by email on Feb. 12th.  Then he twisted around and said you agree to go with this denture type
when I had an option comparing with metal one.
However, Dr. Hill explained to me that the denture that I have now is more easy on natural teeth that I have so
we both agreed.
He did not mentioned that it will break in 3 month or less than year or ..... If you are in my situation how would
you feel, especially
it broked in less than 3 months.  DeAnna never mentioned that once insurance is interrupted, even it broke we
will not fix it.....

I have gave reason to you and Customer Service that reason I have to terminate once is because I wanted to
see other Counselor in Mental Health because I did not have good experience with Kaiser Mental Health
department that my health information was shared outside of Kaiser, not for treatment purpose.

My plan was to apply Dental Financial Assistant and put 3 Crowns on right lower back teeth. It is tight budget
now because it dropped down to $2000 and I can apply every other year.   with Dental Membership, it will be
$3000.00   Now I do not know if I can fix it.

In Addition, DeAnna said she will charge $10 extra for office visit instead of $35.  also she will charge for visit
with Dr. Umber.
I only talk to 2 or 3 minutes because he informed that he will charge for new denture.  There is no sense of
discussing with him,
so I left and went to your main office in Multnomah Blvd. I heard you are at Oregon City Dental Office, so I
drove down to your
office but it was closed.

I would very much apprciate it if you could kindly resolve this issue hopefully in 10days.

Sincerly yours,

Aaron Y. Okuda
36050 Pittsburg Rd. Apt 12
St. Helens, Oregon 97219
(Permanent Address:
512 SW Maplecrest Dr.
Portland, Oregon 97219

All Flowsheet Templates (all recorded)
   Encounter Vitals Flowsheet
   Exercise Vitals Flowsheet

**Hearing and Vision**
None

**Progress Notes**

**Kono, Earl Miyuki, DO** 4/22/2013 3:10 PM Signed
**Chief Complaint**
Patient presents with
• SINUS CONGESTION
   *sore throat x1wk*

ACUTE SINUSITIS (primary encounter diagnosis)
Comment:
S: Sinus pain or pressure. -Nasal discharge. +Teeth or gum pain. -Fever. -Cough. No stiff neck.
No rash. Duration-1 week. Better with-sudafed. Worse with-?. Prior sinusitis. No vertigo. No ear
pain. + sneezing, or itchy watery eyes.

O: Gen NAD
   TM without erythema, Nasal mucosa congested, no polyps seen, oral pharyngeal mucosa ,
tender to palpation over frontal and ethmoid sinusitis
   Neck Supple, no adenopathy or mass
   Lung CTA
   Cor Regular no murmurs, rubs or gallops
   Abd Soft non tender
   Ext No CCU

A: sinusitis. He also has allergy symptoms

Plan: Pseudoephedrine (SUDOGEST) 60 mg Oral Tab,
   Azithromycin (ZITHROMAX) 250 mg Oral Tab, STREP
   TEST RAPID
   rtc if not resolved.

DM 2
Comment:
He is not taking a statin or acei-stopped when he started chinese herbs.
Plan: Simvastatin (ZOCOR) 20 mg Oral Tab, Lisinopril
   (PRINIVIL/ZESTRIL) 2.5 mg Oral Tab, BASIC
   METABOLIC PANEL (NA, K, CL, CO2, BUN, CR, GLU,
   TOTAL CA), LIPID PROFILE, NON-FASTING (DIRECT
   LDL, HDL, CHOL, TRIG), LIPID PANEL, FASTING,
   ALT, SERUM
   Discussed the statin and acei in DM care-he is requesting that I order it.

Electronically signed by Kono, Earl Miyuki, DO at 4/22/2013 3:10 PM

**Prescriptions Ordered This Encounter**

| ~Resp | 16 |
| Temp | 98.5 °F (36.9 °C) |
| Temp src | Oral |
| SpO2 | 98 % |
| Wt (gms) | 172 lb 8 oz (78.245 kg) |

**Supplemental Vitals**

Click to see Supplemental Vitals

**All Flowsheet Templates (all recorded)**

Encounter Vitals Flowsheet
Exercise Vitals Flowsheet

**Hearing and Vision**

None

**Progress Notes**

Matsumura, Andrea L, MD  2/26/2013  5:25 PM  Signed
No chief complaint on file.

Aaron is a 56 y/o man with h/o MDD and anxiety as well as DM2
He is on SSD for mental health coniditons
He comes in today with a large stack of court documents
He has ongoing issues with the custody of his daughter
He is requesting I write a letter stating the stress of this is negatively impacting his chronic medical
conditions
I am concerned b/c he refuses mental health services or care for mental health disorder
He is delusional and feels his medical records are "leaking" everywhere which is why when he
goes to Legacy they have security guard by his room
He feels somehow Kaiser is talking with his judge and telling the judge he is not a fit parent
He does love his daughter but has had several issues with custody
He believes if I write a letter stating his health is worse due to custody battles they will leave him
alone and his ex wife will no longer pursue legal issues

Today he is disheveled, smells clothes are ripped and his speech is pressured
He believes we can "save" him and we are simply not acting on it.

His suspicions of Kaiser leaking his medical records to the judge and the delusion he can be
saved with letters from doctors are very alarming
He denies any visual hallucinations but states sometimes he hears other people in his home that
tell him what his problems are.
I believe Aaron would do well if he sought out mental health services but he refuses stating they
think I'm crazy and they just tell the judge everything and they are against me.

MDD is a diagnosis he has carried I believe he may have psychotic features as well and GAD has
been diagnosed
DM2
Insight is poor with GAF of 40

*Handwritten annotations:*

DR. MR. House added "Psychosis" as Dignosis. after I fited complaint against him with Kaiser and had Disagreemt and doit about He has reading my med. mental information to outside Kaiser."

→ I Refuse Because of MR. House LCSW → see attach Infor moredetal

* Legacy seem to have interned Patient Data base → networking with Kaiser ↔ OHSU ↔ Providence.    → It is from Legacy I believe it started put from Legacy in St. Helens working with My X wife Attorney → DHS?

→ it is not from Kaiser.    → I did not mentioned to her

I SAID Because of ex wife violations of Parenting & a group of people

→ ? → I did not make this statement.

→ I don't understand this meaning

→ not understang >

Fire back or trap me I get more stress ↓ Cause Anxiety so, I believe this will effect my diabetes and My health

is not make sense to me → I never Said this.

DR. Matsumura seems to be very impleasent ... me and story does not demake sense they are

---

**Hospital Problems as of 2/25/2013**

Date Reviewed: **8/10/2012**

None

---

**Problem List as of 2/25/2013**

Date Reviewed: **8/10/2012**

| | Codes | Priority | Noted |
|---|---|---|---|
| DM 2 (Chronic) | 250.00 | | 9/2/2011 |
| TUBERCULIN SKIN TEST POSITIVE | 795.51 | | 9/2/2011 |
| ⌐ ANXIETY DISORDER | 300.00 | | 11/14/2011 |
| ⇒STRESS | 308.9 | | 11/21/2011 |

Overview Signed 11/21/2011 9:04 AM by Lin, Mike Geng-Li, MD
     divorce

| | | | |
|---|---|---|---|
| HYPERTRIGLYCERIDEMIA | 272.1 | | 11/21/2011 |
| LOW BACK PAIN | 724.2 | | 11/21/2011 |
| SPINAL STENOSIS | 724.00 | | 11/21/2011 |
| SPONDYLOARTHROPATHY | 721.90 | | 11/21/2011 |
| STRAIN OF LUMBAR REGION | 847.2 | | 11/21/2011 |
| > MAJOR DEPRESSION, RECURRENT, MODERATE (Chronic) | 296.32 | | 1/4/2012 |

---

**Patient Goals (3 Years of Data) as of 2/25/2013**

None

---

**Patient Instructions**

Aaron,
I have ordered lab work for you to get done
I was able to review the labs at Legacy
Please get your labs done and please follow up in Mental Health

Take care
Andrea L. Matsumura, MD

---

**Allergies as of 2/25/2013**

Date Reviewed: **2/25/2013**  Reviewed By:
**Gage, Genevieve M, MA: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| Penicillins Class | 3/4/2011 | Allergy | Skin Rash and/or Hives .ITCHING |

---

**History**

Last reviewed in this visit by Gage, Genevieve M, MA on 2/25/2013 at 9:19 AM
Sections Reviewed
Tobacco

---

**Level of Service**

OUTPT EST LEVEL 4 [99214B]

---

**Provider Information**

Authorizing/Billing Provider
Matsumura, Andrea L, MD

---

**Encounter Status**

Electronically Signed By: Matsumura, Andrea L, MD on 2/26/13 at 5:25 PM

---

**Addendum Routing History**

None

---

**Diagnoses**

Visit Diagnosis Changes
Added   250.00H by  (9573), Mon Feb 25, 2013 10:18 AM

Aaron Okuda
Page Two
March 13, 2013

**In Oregon**
Acumentra
2020 S.W. Fourth Ave., Suite 520
Portland, OR 97201
1-800-344-4354
TTY: 1-877-486-2048

**In Washington**
Qualis Health
P.O. Box 33400
Seattle, WA 98133-0400
1-800-445-6941
TTY: 1-877-486-2048

In addition, I reached out to the manager of the North Interstate Dental Office to address your concerns about not receiving your full dental records as requested. She indicated that her department received a request for X-rays but not for your complete dental records. She stated that after receiving you current request, she duplicated all of your records and they were mailed to you on March 8th.

You also mentioned that you never received an application for enrollment after contacting Membership Services in December of 2012. I did speak with a Membership Services manager regarding your concern. She stated that you contacted Membership Services on December 7th to request a copayment summary. She stated that you asked to speak with a supervisor because your request could not be completed over the phone; however, you terminated the call before a supervisor could be reached.

Mr. Okuda, you shared with us that your mental health information was shared outside of Kaiser Permanente Foundation Health Plan of the Northwest. Please be assured that I have forwarded your concerns to the Kaiser Permanente Regional Privacy Program Manager and the Regional Manager of Investigations and Training in the Integrity, Compliance and Ethics Department as information to use in their investigation and review process.

We're truly sorry that our dental program has not met your expectations. I hope this letter has provided you some reassurance that your concerns have been heard.

As of March 13th, we have completed our review of your concerns within the grievance process. If you have any questions regarding this letter, you may call me Tuesday through Friday from 6:00 a.m. to 4:30 p.m. at the number on the following page.

In addition, you may call Membership Services from 8:00 a.m. to 8:00 p.m., seven days a week, toll free at 1-877-221-8221 with general questions or for help with benefits or coverage issues. For TTY users, please call 1-800-735-2900. For free language interpretation services, please call 1-800-324-8010.

In Addition Kaiser is not willing to pay for
Partial Denture was broked in 3 month.
Less then.
I had to use new benefit this year. but not

H9003_CCRCAG0110 CMS Approved (10/09/2010)



**Okuda Aaron Yoshihito <aaron.okuda@gmail.com>**

---

## Fwd: My Denture Broke that was made in November 2012.
1 message

---

**Okuda Aaron Yoshihito** <aaron.okuda@gmail.com>          Tue, Feb 12, 2013 at 12:26 PM
To: Suzanne.M.Pentheny@kp.org
Cc: Debra.R.Porter@kp.org, jody.J.Meyer@kp.org

Picture of Broken Denture is Attached....

TO: Ms. Porter and Ms. Meyer;

If Ms. Pentheny is not available to response by tomorrow, please kindly forward my concern to
an appropriate Manager and/or Doctor.

Kind Regards,
Aaron Y. Okuda

---------- Forwarded message ----------
From: **Okuda Aaron Yoshihito** <aaron.okuda@gmail.com>
Date: Tue, Feb 12, 2013 at 12:16 PM
Subject: My Denture Broke that was made in November 2012.
To: Suzanne.M.Pentheny@kp.org
Cc: Debra.R.Porter@kp.org, jody.J.Meyer@kp.org

*[handwritten notes:]* Mental Health + DR Info, Linked? I'm sure. Deture Broke But Kaiser Medical + Mental + Dental all connected. Kaiser Did Not Fix with their expense I was terminated.

Dear. Ms. Pentheny;

My denture broked early January 2013. It was made in Oct 2012. I had several adjustments and I informed Dr.
Hill
that it has been keep dropping and I had a concern with how it was designed. The wire on the Denture was not
same place as temporary Denture.
Even after they correct the wire, it still keep dropping off.   Because of Mental Department Issue, I had to
change my Medicare plan once, so I was planning to
see the treatment with Mental Clinic.  In Dec. 2012, I asked Member Service to send me new application for
Kaiser Enrollment whcih I did not received.
Finally, I was able to enroll again with Kaiser from Feb 2013.  My Denture only last 3 months.  Last December,
one of the wire that holds Right upper teeth
broked.  During the Adjustments from Oct-Nov 2012, I did address several times about the problem with this
Denture and I even asking about redesign of the denture.
NOW IT BROKED.  After my enrollment was cofirmed, I spoked to Dr. Callahan at Cascade and she forwarded
to Interstate Office.  They wanted to take another a week to review.
Luckly I have temporary Denture, but it is still uncomfortable, because it thick.  I was planning to have Lower
Crowns made with Dr. Callahan this year.
I would very much appreciate it if you could kindly help remake this Denture with new Design that it will not
keep falling down and BRAKE.
Thank you very much for your consideration and help.

Kind Regards,
Aaron Y. Okuda

KP.ORG MESSAGE REPORT

| | | |
|---|---|---|
| From | Aaron Y Okuda | Message [11701876] |
| To | Matsumura, Andrea L, MD [P 28113] | |
| Composed | 10/23/2012 5:02 PM | |
| For Delivery On | 10/23/2012 5:02 PM | |
| Subject | RE: Part 5 last | |
| Message Type | Patient Medical Advice Request | |
| Read Status | Y | |

Message Body

*Refuse to Refer another counselor*

Dear Dr. Matsumura
As I informed you many times that I am not comfortable how
Mental Health Department is handling my referral.
I specifically requested to be refer to Counselor in Vancouver or
Longview WA and I though you made that referral about 3 months
Ago. Meantime, I tried to have counselor at other resource, but
Did not work out so I tried to get referral thorough Mental
Health Department. They refuse to do so. I met supervisor
At Patient Check in at Interstate Central and contacted your office for referral
Because Member service or Patient Check in staff was not
Able to contact people in your office for referral.
After supervisor contacted you fro referral, Mr. Micheal House
Called and left the message and said he received request on referral
For psychiatrist medication Evaluation. He informed me to
Contact primary physician which is you. I made an last two
Appointments for my allegy (cold). However, you made a referral to
Psychiatrist Medication evaluation.

----- Message -----
From: Andrea L. Matsumura, MD
Sent: 10/22/2012 3:32 PM PDT
To: Aaron Y Okuda
Subject: RE: Part 5 last

Aaron,
The length of your e-mail is beyond what we can help you with in an e-mail encounter
I ordered a psychiatric evaluation by a psychiatrist, this may involve a medication evaluation. It is
not simply a medication evaluation.
It is best you see a psychiatrist who can help you
If you would prefer to be seen in Washington you need to let the mental health department know

Andrea L. Matsumura, MD

----- Message -----
From: OKUDA,AARON Y
Sent: 10/19/2012 12:43 PM PDT
To: Andrea L. Matsumura, MD
Subject: Part 5 last

As I have informed you on Oct 16th, I am not comfortable with referral that
I did not ask any referral on Psychiatric Medication Evaluation. I never stated this referral and
Kaiser Counselor, Mr. Mike House has left the message in my voice mail that he received
Psychiatric Medication Evaluation and he can not refer but your primary doctor can. Then when I
went to your office, you refer me
to Psychiatric Medication Evaluation.    After I informed you that Mental Department did not
respond to my call, they called me yesterday on Oct 19th, but
they were trying to refer me to Psychiatrist at Interstate, same location as Dr. House is. I did
informed you more than few times that I want to refer to either Vancouver or Longview location. I
also when I request for referral to Mental Health department last week at patient check in manager,
I did specifically requested to refer me to Vancouver or Longview location. They keep not allowing
me to see any one in Vancouver or Longview side.

ponsible Party

·Int

63504651

July 5th 2012

To: Kaiser Permanente
Administrative Office/Mental Health Department

I have asked Ms. Kelly Tucker at Members Relations to Revoke/Cancel my Protected
Health Information to be disclose or use for my treatment last month. Dr. House
asked me to sign the document regarding exchanging my information to outside of
Kaiser for my treatment at his office on October 5th, 2012 at first initial consultation. I
also signed another document at front desk on 2nd Floor. However, it seems like It
has not been revoked. Dr. House has twisted and made false word on my statement
that I never used which I believe that it causes to have great effect on my reputation
with the court.  I also found that there was false statement on initial consultation
which I have contacted Medical Record Office to exclude/clear those statement. The
Judge informed me that I do not have to see counselor anymore when I had a hearing
on June 15th for selecting summer parenting time. The judge does not know that I was
going to see Dr. House but he knew.  On the other hand Dr. Matsumura informed me
that I need to see counselor.  I have asked Dr. House to give me a copy that I signed
few days later from an initial consultation.  I have also asked him few times after that
but he never gave me a copy, so I was not able to confirm what was exactly stated in
the document but at least I know that it is for something the counselor or Kaiser can
discuss or release my information about me.  In October/November, I have obtained
full copy of Medical Record and I am not sure if this is correct one because there
should be two documents that I signed at his office on Oct 5th, 2011 and at the front
desk right near elevator on 2nd floor.  Please kindly Revoke/Cancel my all the
documents that I signed on October 5th, 2011 at an initial consultation.

In addition, please kindly provide all the places he has contacted and also contacted
by outside of Kaiser. Also please kindly summarize the what was about.

Thank you very much.

Kind Regards,
Ayon Y. Okuda

**RECEIVED**

JUL 1 2 2012

RELEASE OF INFORMATION

**FILE**
**RELEASE OF INFORMATION**

SUM

# VISIT SUMMARY
## KAISER FOUNDATION HEALTH PLAN

Aaron Y Okuda

1/4/2012 12:30 PM PSYC Visit

MRN: 6350-46-51

Description: **55 year old male**

Provider: **Michael House, LCSW**

Department: **Ein-Psyc**

### Diagnoses

| | |
|---|---|
| ANXIETY DISORDER   - Primary | 300.00 |
| STRESS | 308.9 |
| MAJOR DEPRESSION, RECURRENT, MODERATE | 296.32 |

### Vitals Recorded in This Encounter

No data found.

### Progress Notes

House, Michael Arthur, LCSW  1/4/2012  5:34 PM  Signed

Session Four

Fifty  minutes spent in face to face counseling  for  psychiatric care and treatment planning. Chart records are selectively  reviewed for todays encounter

Burns Brief Mood Survey

Depression: 10   very high: Symptoms:  feeling sad, inadequate, loss of pleasure
Do You Have Any Suicidal Thoughts?  na
Would You Like  To End Your Life?  na
Will You Act On Thoughts To End Your Life:  na

Anxiety:  12 very high Symptoms:  worried, tense, nervous.
Anger: 12 very high
Relationship Satisfaction:   13, moderately dissatisfied.

s/o Pts focus:  over detailing information regarding legal/court actions concerning custody/social security, problems.
 One of the patient's most important skills is that he maintains a highly organize approach for his primary goal in life-"more just custody of my little girl and I want Social Security to give me the money (from my disability), so I can manage it".
Pt is alert, oriented, interactive, with insight and positive therapy response. Overall goal is reduction in depression and anxiety symptoms. Other treatments e.g. group, are not appropriate because he is focused solely on the activities mentioned in this note. Housing concerns-will need to move soon. continued support from his church; attended a holiday retreat in Silver ton.
Pt continues to present as a deeply caring individual. He demonstrates an ability to gain an understanding of his problems and at least consider problem solving approaches for stress management.

a: Depression
   Anxiety Disorder.

Multiple diagnoses represent symptoms that have been present for two years or longer.

Okuda, Aaron Y (MR # 6350-46-51) DOB: 11/04/1956

Medicati~ ~ ~~ ~~ ~~ ~~
Patient F                    macy
Panel S~               ed: No gaps identified.

Genevie      **KAIS**

Hearing and Vi~     REC
None                1~

Encounter Sta..s

Electronically Signed By: Matsumura, Andrea L, MD on 7/8/12 at 11:58 AM

AVS

Click to see AVS

Complete Encounter

Click to see Complete Encounter Report

### END OF REPORT ###

# VISIT SUMMARY
## KAISER FOUNDATION HEALTH PLAN

**Aaron Y Okuda**                          Description: **55 year old male**
**6/12/2012 6:30 PM PSYC Visit**           Provider: **Michael House, LCSW**
**MRN: 6350-46-51**                        Department: **Ein-Psyc**

Diagnoses

**ANXIETY DISORDER** - Primary                    300.00

Vitals Recorded in This Encounter

No data found.

Progress Notes

**House, Michael Arthur, LCSW** 6/12/2012 7:34 PM Signed
Fifty minutes spent in face to face counseling for psychiatric care and treatment planning. Chart records are selectively reviewed for todays encounter

Session Number: ongoing treatment

Subjective
Mr Okuda rambles a bit when he summarizes numerous aspects of his life that are quite stressful-parenting/school issues, housing issues, and an assortment of other legal concerns. At times Mr. Okuda, who always presents as a very pleasant fellow, appears some what disorganized in his thinking. His reason or goal for coming in today is also a bit confusing. It appears that he is asking for assurance that he isn't "crazy". He states: "mostly my problem comes from a group of people in St Helens and my ex wife, disruption, manipulate me, make me bad guy" While Mr. Okuda (as he personally recognizes), is disabled due to mental illness, I do not have any indication that he is not able to function in daily life. Problem solving, at times, appears quite minimal. During each session the pt always describes his love and care for his young daughter.

I have explained to Aaron that I am not able to provide any type of assessment-parenting, school, or any thing else.
While I have agreed to see Mr. Okuda as requested for support, I have not identified the medical necessity of seeing him on a regular visits. Insight is on the low side. I do not believe that the patient is psychotic, or that he requires a higher level of medical care.

Assessment

*OFFICE VISIT with*
*DR. Matsumura*
*on*
*2/25/2013*

Aaron Yoshihito Okuda (MRN 6350-46-51) DOB: 11/04/1956

Page 1 of 4

**KAISER PERMANENTE.**
**KAISER PERMANENTE NORTHWEST**

## After Visit Summary

Aaron Yoshihito Okuda (MRN 6350-46-51)

### Visit Information

| Date & Time | Provider | Location |
|---|---|---|
| 2/25/2013 9:20 AM | Matsumura, Andrea L, MD | INTERSTATE MEDICAL OFFICE EAST |

### Instructions from your Clinician

Aaron,

I have ordered lab work for you to get done

I was able to review the labs at Legacy

Please get your labs done and please follow up in Mental Health

Take care
Andrea L. Matsumura, MD

### Health Issues Reviewed

DIABETES TYPE 2  - Primary

### Lab, Imaging, Immunizations, Referrals, and Other Orders

#### Laboratory Tests Ordered

| Future Orders | Expected By | Expires |
|---|---|---|
| **LIPID PANEL, FASTING [80061 CPT(R)]** | 2/25/13 | 8/27/13 |

Scheduling Instructions:

This test can be done while you are not fasting, unless your clinician specifically tells you otherwise.

If your clinician tells you to do the test while fasting, please arrive at the lab 10 hours or more after your last meal. You may drink water, coffee (without cream or sugar), tea (without cream or sugar).

| | | |
|---|---|---|
| **LIPID PROFILE, NON-FASTING (DIRECT LDL, HDL, CHOL, TRIG) [225517 Custom]** | 2/25/13 | 8/27/13 |
| **MICROALBUMIN SCREEN URINE (MICROALBUMIN, CREATININE) [221273 Custom]** | 2/25/13 | 8/27/13 |
| **CREATININE, SERUM [82565 CPT(R)]** | 2/25/13 | 8/27/13 |
| **HEMOGLOBIN A1C [83036 CPT(R)]** | 2/25/13 | 8/27/13 |
| **POTASSIUM BLOOD [84132 CPT(R)]** | 2/25/13 | 8/27/13 |
| **ALT, SERUM [84460 CPT(R)]** | 2/25/13 | 8/27/13 |

#### Procedures Performed Today

**PERFORMED LOW RISK FOOT ASSESSMENT. [211529 Custom]**

Scheduling Instructions:

FOOT CARE TIPS --Take Care of Your Feet for a Lifetime

OR License Verification - 04/30/2013                                    2013/05/01 23:59

| Type | School Name | Location | From | To | Specialty |
|---|---|---|---|---|---|
| Residency | PROVIDENCE MED CTR | PORTLAND, OR United States | 07/2000 | | Internal Medicine |
| Internship | PROVIDENCE MED CTR | PORTLAND, OR United States | 06/1999 | 06/2000 | Internal Medicine |

## BOARD ORDERS

Standing:                        Public order(s) on file. See below.

| Effective Date | End Date | Order Type   More Info |
|---|---|---|
| 07/12/2012 | 07/12/2012 | **Order Terminating Corrective Action Order** |

On July 12, 2012, the Board issued an Order Terminating Corrective Action Agreement. This Order terminates Licensee's April 7, 2011, Corrective Action Agreement.

| 04/07/2011 | 07/12/2012 | **Corrective Action Agreement** |

Licensee entered into a Corrective Action Agreement with the Board on April 7, 2011. In this Agreement Licensee will complete a pain management course and undergo a minimum of two chart audits of chronic pain patients. Licensee will develop and present three sessions on improvement in opiate therapy. Licensee will undergo a practice review by her employer focused on her opiate patients. Licensee will meet monthly with her employer's for a minimum of one year, with quarterly reports to the Board. View Order

| 08/09/2010 | 04/07/2011 | **Complaint and Notice** |

The Board issued a Complaint and Notice of Proposed Disciplinary Action on August 9, 2010. This document alleges violations of the Medical Practice Act (state law) regarding allegations of unprofessional or dishonorable conduct; gross or repeated negligence; and prescribing a controlled substance without a legitimate medical purpose or following accepted procedures.

*Prior Complaint* [handwritten annotation]

MALPRACTICE

lalpractice claim information is compiled by the Oregon Medical Board from claim reports it receives from primary insurers; public odies required to defend, save harmless and indemnify an officer, employee or agent of the public; a self-insured entity; or a health iaintenance organization. Claim reporting and disclosure requirements are governed by ORS 742.400.

he settlement of a medical malpractice claim may occur for a variety of reasons that do not necessarily reflect negatively on the rofessional competence or conduct of the provider. Therefore, there may be no disciplinary action appearing for a licensee, even iough there is a closed malpractice claim on file. A payment in the settlement of a medical malpractice action does not create a resumption that medical malpractice occurred. This database represents information from reporters to date. Please note: Not all iporters may have submitted claim information to the Board.

or malpractice claim information, click here

regon Medical Board
500 SW 1st Ave, Suite 620
ortland, OR 97201
ione (971) 673-2700

*[Handwritten note:]* Did Michael House Dignosis "Psychosis" based on what DR. Matsumura said? She was not acting professinal and writing comments the way she wrote.
OR DR. MATSUMURA Dignosis "Psychosi

Kudu. Aaron Yoshihito (MR = 6350-46-51)

Page 1 of 1

# TELEPHONE ENCOUNTER
## KAISER FOUNDATION HEALTH PLAN

*2/26/13* *(handwritten)*

Patient Name: Aaron Yoshihito Okuda
DOB : 11/4/1956
Sex: Male

HR #: 6350-46-51
Age as of Encounter: 56 years

*Need Protection* *(handwritten)*

## sit Information

Date & Time
2/26/2013

Provider
House, Michael Arthur,
LCSW

Department
Ein-Psyc

Encounter #
184659947

## ill Documentation

House, Michael Arthur, LCSW 2/26/2013 8:45 AM Signed
Reviewed PCR note from her recent office visit with the pt, PCP has multiple concerns, believes
that Mr. Okuda likely has MDD with Psychotic Features,
Called the patient this AM, refuses all mental health treatment, states "I'd rather not talk about it,
the church will help me".
Offered continuing services, declined, offered EPS information, declined.
One minute phone call.

*(handwritten: Declined his Service because I DO NOT TRUST, this as I expland in cover letter!)*

**Per PCP request I will contact her today by phone.**

*(handwritten: - Twisted around the fact - and not refering to another counselor)*

Since the pt is declining treatment in this department I am not able to comment on risk of
hospitalization, self harm, or any behaviour that may be associated with Psychosis.
If Mr. Okuda requests services I will assess for a higher level of care, safety issues, risks related
to decompensation, and any risk of harm to others.

Note to PCP

Electronically signed by House, Michael Arthur, LCSW at 2/26/2013 8:45 AM

ergies as of 2/26/2013

Date Reviewed: **2/25/2013** Reviewed By:
**Gage, Genevieve M, MA: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| Penicillins Class | 3/4/2011 | Allergy | Skin Rash and/or Hives .ITCHING |

## tient Instructions

None

## uting History

uting History

| From | | To | Priority |
|---|---|---|---|
| 2/26/2013 8:45 AM | House, Michael Arthur, LCSW | Matsumura, Andrea L, MD | Routine |

Comment: Andrea, I'm in all day until six pm or later; Please advise on the best time for me to call

Mike

## eated by

House, Michael Arthur, LCSW on 2/26/2013 8:39 AM.

### END OF REPORT ###

*(handwritten: DR. House never saw me or went to him for over 8 month and)*

*(handwritten: I already informed Department I do)*

# TELEPHONE ENCOUNTER
## KAISER FOUNDATION HEALTH PLAN

**Patient Name:** Aaron Yoshihito Okuda
**DOB :** 11/4/1956
**Sex:** Male

**HR #:** 6350-46-51
**Age as of Encounter:** 56 years

*Need Protection*

### Visit Information

Date & Time
2/26/2013

Provider
House, Michael Arthur,
LCSW

Department
Ein-Psyc

Encounter #
184659947

### Call Documentation

**House, Michael Arthur, LCSW** 2/26/2013 8:45 AM Signed
Reviewed PCP note from her recent office visit with the pt, PCP has multiple concerns, believes
that Mr. Okuda likely has MDD with Psychotic Features,
Called the patient this AM, refuses all mental health treatment, states "I'd rather not talk about it,
the church will help me".
Offered continuing services, declined, offered EPS information, declined.
One minute phone call.

**Per PCP request I will contact her today by phone.**

*Declined his Service because I DO NOT TRUST this As I explad in cover letter.*
*- Twisited arund the fact and not refering to another counselor.*

Since the pt is declining treatment in this department I am not able to comment on risk of
hospitalization, self harm, or any behaviour that may be associated with Psychosis.
If Mr. Okuda requests services I will assess for a higher level of care, safety issues, risks related
to decompensation, and any risk of harm to others.

Note to PCP

Electronically signed by House, Michael Arthur, LCSW at 2/26/2013 8:45 AM

Allergies as of 2/26/2013

Date Reviewed: **2/25/2013** Reviewed By:
Gage, Genevieve M, MA: Mark as Reviewed

| | Noted | Type | Reactions |
|---|---|---|---|
| Penicillins Class | 3/4/2011 | Allergy | Skin Rash and/or Hives .ITCHING |

### Patient Instructions
None

### Routing History

Routing History

| | From | To | Priority |
|---|---|---|---|
| 2/26/2013 8:45 AM | House, Michael Arthur, LCSW | Matsumura, Andrea L, MD | Routine |

Comment: Andrea, I'm in all day until six pm or later; Please advise on the best time for me to call

Mike

### Created by
House, Michael Arthur, LCSW on 2/26/2013 8:39 AM

### END OF REPORT ###

*I already informed Department I do not want to see him and refer to mental Department in Longview or Vancouver*

*DR. House never saw me or went to him for over 8 month and stalled Me and Dignosis*

Medications Last Reviewed During Encounter By       *DR. KONO*
HINDMAN, SAHAKREATHA, MA on 4/22/2013 at 2:34 PM

Order name, click link to see details

|  | Ordered On |
|---|---|
| BASIC METABOLIC PANEL (NA, K, CL, CO2, BUN, CR, GLU, TOTAL CA) | 4/22/2013 |
| LIPID PROFILE, NON-FASTING (DIRECT LDL, HDL, CHOL, TRIG) | 4/22/2013 |
| LIPID PANEL, FASTING | 4/22/2013 |
| ALT, SERUM | 4/22/2013 |
| STREP TEST RAPID | 4/22/2013 |
| Released on: 4/22/2013 3:27 PM | |

Hospital Problems as of 4/22/2013                    Date Reviewed: **8/10/2012**
    None

Problem List as of 4/22/2013                         Date Reviewed: **8/10/2012**

| | Codes | Priority | Noted |
|---|---|---|---|
| DM 2 (Chronic) | 250.00 | | 9/2/2011 |
| TUBERCULIN SKIN TEST POSITIVE | 795.51 | | 9/2/2011 |
| ANXIETY DISORDER | 300.00 | | 11/14/2011 |
| STRESS | 308.9 | | 11/21/2011 |
| Overview Signed 11/21/2011 9:04 AM by Lin, Mike Geng-Li, MD divorce | | | |
| HYPERTRIGLYCERIDEMIA | 272.1 | | 11/21/2011 |
| LOW BACK PAIN | 724.2 | | 11/21/2011 |
| SPINAL STENOSIS | 724.00 | | 11/21/2011 |
| SPONDYLOARTHROPATHY | 721.90 | | 11/21/2011 |
| STRAIN OF LUMBAR REGION | 847.2 | | 11/21/2011 |
| MAJOR DEPRESSION, RECURRENT, MODERATE (Chronic) | 296.32 | | 1/4/2012 |
| MAJOR DEPRESSION, RECURRENT, SEVERE W PSYCHOSIS (Chronic) | 296.34 | | 2/26/2013 |

Patient Goals (3 Years of Data) as of 4/22/2013
    None

Follow-up and Disposition
    Return if symptoms worsen or fail to improve, for See Dr Daniels in about a month.

Patient Instructions
    It was a pleasure to see you today.

    Hope you are better soon.

*By Dr Michael House Lcsw ?*

*Based on Dr. Matsumura's comments, Micheal House did not see me for 8 month before he started*

    Your Kaiser Permanente Care Instructions

    **Sinusitis: After Your Visit**

    **Your Care Instructions**

Sinusitis is an infection of the lining of the sinus cavities in your head. Sinusitis often follows a cold
and causes pain and pressure in your head and face.   *psychosis*

Antibiotics can help cure sinusitis caused by bacteria. You should begin to feel better within a
couple of days, but some symptoms may last for a month or more. If your doctor thinks that you
have a bacterial infection, he or she will probably prescribe antibiotics.

He left without any intervention or acceptance of willing to get help
. I asked him to have lab work done

A) DM 2 (primary encounter diagnosis)
MAJOR DEPRESSION, RECURRENT, SEVERE W PSYCHOSIS

P)

Orders Placed This Encounter
- LIPID PANEL, FASTING
- LIPID PROFILE, NON-FASTING (DIRECT LDL, HDL, CHOL, TRIG)
- MICROALBUMIN SCREEN URINE (MICROALBUMIN, CREATININE)
- CREATININE, SERUM
- HEMOGLOBIN A1C
- POTASSIUM BLOOD
- ALT, SERUM
- LOPS TESTING

Electronically signed by Matsumura, Andrea L, MD at 2/26/2013 5:25 PM

Outpatient Current Medications 2/25/2013

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **metFORMIN (GLUCOPHAGE) 500 mg Oral Tab (Taking)** | 180 | PRN | 9/10/2012 | 7/9/2013 |

Sig: 1T '(500MG)' PO WM BID F 'DIABETES'
Class: Update - Update and File Only
Route: Oral
Patient Label Sig: TAKE ONE TABLET (500MG) BY MOUTH WITH A MEAL TWICE A DAY FOR DIABETES

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **glipiZIDE (GLUCOTROL) 5 mg Oral Tab (Taking)** | 180 | PRN | 9/10/2012 | 7/9/2013 |

Sig: 1T PO BID 'BEFORE MEALS FOR DIABETES.'
Class: Update - Update and File Only
Route: Oral
Patient Label Sig: TAKE ONE TABLET BY MOUTH TWICE A DAY BEFORE MEALS FOR DIABETES.

Medications Last Reviewed During Encounter By

GAGE, GENEVIEVE M, MA on 2/25/2013 at 9:19 AM

Order name, click link to see details

| | Ordered On |
|---|---|
| PERFORMED LOW RISK FOOT ASSESSMENT. | 2/25/2013 |
| LIPID PANEL, FASTING | 2/25/2013 |
| Released on: 4/22/2013 11:18 AM | |
| LIPID PROFILE, NON-FASTING (DIRECT LDL, HDL, CHOL, TRIG) | 2/25/2013 |
| Released on: 4/22/2013 11:18 AM | |
| MICROALBUMIN SCREEN URINE (MICROALBUMIN, CREATININE) | 2/25/2013 |
| Released on: 4/22/2013 11:18 AM | |
| CREATININE, SERUM | 2/25/2013 |
| Released on: 4/22/2013 11:18 AM | |
| HEMOGLOBIN A1C | 2/25/2013 |
| Released on: 4/22/2013 11:18 AM | |
| POTASSIUM BLOOD | 2/25/2013 |
| Released on: 4/22/2013 11:18 AM | |
| ALT, SERUM | 2/25/2013 |
| Released on: 4/22/2013 11:18 AM | |

**KAISER PERMANENTE**

Kaiser Foundation Health Plan of the Northwest

*I Believe if I'm not mistaken*
*Complaint was Filed*
*on Feb. 21st 2013*

March 13, 2013

Aaron Okuda
36050 Pittsburg Road 12
Saint Helens, OR 97051

*Before I went to*
*DR. Matsumura on 2/25/13*
*and recieved call from*
*DR. House 3/26/13.*

RE: Aaron Okuda
HR: 6350-46-51

*There is great chance that*
*He was upset personally*

Dear Mr. Okuda:

*+*
*What*
*He heard*
*From*
*DR.*
*Matsumura*

Thank you for your February 22, 2013 letters, in which you described your concerns about dental services you received at Kaiser Foundation Health Plan of the Northwest. This letter is in response to your complaints (which Medicare defines as grievances).

It's important for us to hear when our members are disappointed with any aspect of our program because it helps us stay in touch with how well we are measuring up to the high standards we have established. We appreciate the opportunity to respond to your concerns.

After reading your letter, I shared your concerns about the care you received at the North Interstate Dental Office with that building's practice director. This doctor of dental surgery will use your experience to identify ways to improve the care we give our members.

In addition, we have forwarded your letter to our Quality Department for further review. While the results of this investigation remain confidential, please be assured that we conduct a thorough investigation.

We also want you to know that you have a right to pursue an independent review of your care concerns.

Quality Improvement Organization
If you are concerned about the quality of care you received, including care during a hospital stay, you can also complain to an independent quality review organization called the QIO.

What is a QIO?
The QIO is a group of health care professionals who are paid by the federal government. They are not part of Kaiser Permanente. There is one QIO in each state. The name of the QIO differs depending on which state you are in.

'13 MAR 13 AM8:40

Kaiser Permanente Building
500 NE Multnomah Street, Suite 100
Portland, OR 97232-2099

H0003_CCRCAG0110 CMS Approved (10/09/2010)
0003-6509 12-00

Aaron Okuda
Page Three
March 13, 2013

We value your membership and look forward to serving your future health care needs.

Sincerely,

Scott Pierson
Case Manager, Customer Concern Resolution Center
Member Relations Department
503-813-3126
TTY 1-800-735-2900

Kaiser Permanente is a Medicare Advantage organization with a Medicare contract.



Okuda Aaron Yoshihito <aaron.okuda@gmail.com>

# My Denture Broke that was made in November 2012.
1 message

**Okuda Aaron Yoshihito** <aaron.okuda@gmail.com>                    Tue, Feb 12, 2013 at 12:16 PM
To: Suzanne.M.Pentheny@kp.org
Cc: Debra.R.Porter@kp.org, jody.J.Meyer@kp.org

Dear. Ms. Pentheny;

My denture broked early January 2013. It was made in Oct 2012. I had several adjustments and I informed Dr. Hill
that it has been keep dropping and I had a concern with how it was designed. The wire on the Denture was not
same place as temporary Denture.
Even after they correct the wire, it still keep dropping off.  Because of Mental Department Issue, I had to
change my Medicare plan once, so I was planning to
see the treatment with Mental Clinic.  In Dec. 2012, I asked Member Service to send me new application for
Kaiser Enrollment whcih I did not received.
Finally, I was able to enroll again with Kaiser from Feb 2013.   My Denture only last 3 months.  Last December,
one of the wire that holds Right upper teeth
broked.  During the Adjustments from Oct-Nov 2012, I did address several times about the problem with this
Denture and I even asking about redesign of the denture.
NOW IT BROKED.  After my enrollment was cofirmed, I spoked to Dr. Callahan at Cascade and she forwarded
to Interstate Office. They wanted to take another a week to review.
Luckly I have temporary Denture, but it is still uncomfortable, because it thick.  I was planning to have Lower
Crowns made with Dr. Callahan this year.
I would very much appreciate it if you could kindly help remake this Denture with new Design that it will not
keep falling down and BRAKE.
Thank you very much for your consideration and help.

Kind Regards,
Aaron Y. Okuda
512 SW Maplecrest Dr.
Portland OR 97219

*[handwritten notes in left margin:]* Regarding Mental Health Clinic Feb/12 2013 of Clinic

*[handwritten notes:]* Mental Health Clinic <=> DR. INFOR Linked.-- I'm sure Because of Negative information, regarding me. I believe this is the reason that they did not want to fix my denture

See letter From Kaiser on March 13, 2013

2013/05/02 11:05

KP.ORG MESSAGE REPORT

Message [11701892]

| | |
|---|---|
| From | Aaron Y Okuda |
| To | Matsumura, Andrea L, MD [P 28113] |
| Composed | 10/23/2012  5:04 PM |
| For Delivery On | 10/23/2012  5:04 PM |
| Subject | Part 3 10/23/12  Part 2 and Part 1 is already sent ...previous message |
| Message Type | Patient Medical Advice Request |
| Read Status | Y |
| Message Body | |

1. Mental Health Department and Member Services refuse to refer to Vancouver or Longview office or other than Mr. House.
2. Mental health Department finally referred me but Psychiatrist and
Not from Vancouver or Longview and keep trying to refer to
The doctor in Interstate office where Dr. house is.
3. The release of information authorizing Mr. House to contact
Other care provider or out side of Kaiser to share my information
Was not REVOKE after contacting Member Relation Manager,
Sending Certified letter for REVOKE in last 3 months.
4. I requested a copy of Release of information for him to contact out side of Kaiser never provided with me after I signed the form last October.

----- Message -----
From: Andrea L. Matsumura, MD
Sent: 10/22/2012  3:32 PM PDT
To: Aaron Y Okuda
Subject: RE: Part 5 last

Aaron,
The length of your e-mail is beyond what we can help you with in an e-mail encounter
I ordered a psychiatric evaluation by a psychiatrist, this may involve a medication evaluation. It is not simply a medication evaluation.
It is best you see a psychiatrist who can help you
If you would prefer to be seen in Washington you need to let the mental health department know

Andrea L. Matsumura, MD


----- Message -----
 From: OKUDA,AARON Y
 Sent: 10/19/2012 12:43 PM PDT
  To: Andrea L. Matsumura, MD
Subject: Part 5 last

As I have informed you on Oct 16th, I am not comfortable with referral that
I did not ask any referral on Psychiatric Medication Evaluation. I never stated this referral and Kaiser Counselor, Mr. Mike House has left the message in my voice mail that he received Psychiatric Medication Evaluation and he can not refer but your primary doctor can. Then when I went to your office, you refer me
to Psychiatric Medication Evaluation.    After I informed you that Mental Department did not respond to my call, they called me yesterday on Oct 19th, but
they were trying to refer me to Psychiatrist at Interstate, same location as Dr. House is.  I did informed you more than few times that I want to refer to either Vancouver or Longview location. I also when I request for referral to Mental Health department last week at patient check in manager, I did specifically requested to refer me to Vancouver or Longview location.  They keep not allowing me to see any one in Vancouver or Longview side.

sponsible Party

_Handwritten margin notes: "Always Refuses to Refer to Vancouver or Longview Doctor/Social Worker" and "eeps returning to where Mr. House is"_

## Progress Notes

Aaron Y Okuda (MR# 6350-46-51)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| House, Michael Arthur, LCSW | Signed | House, Michael Arthur, LCSW | 2/22/2012 4:33 PM |

### Progress Notes

Fifty   minutes spent in face to face counseling  for  psychiatric care and treatment planning. Chart records are selectively  reviewed for todays encounter

s/o  Final session. Focused on Mr. Okuda's current activities-active parent participation in his daughter's class room, church, other volunteer opportunities. Very engaging today, very relaxed, excellent eye contact, no symptoms of depression or anxiety reported or observed. Improved housing. Continues to experience significant stress  with his ex wife on custody issues, excellent use of community resources.

a: Anxiety Disorder

plan: treatment completed.

2/22 2012

This indicates MR. Michael House
stated Final Session.

I met him in June 2012, but
on Oct 23, 2012 I sent a letter
regarding problem with Mr. House.
Not refering to another Social Worker
or DR. in Mental Health Dept.

He keeps calling me .at
Finally He has Twisted around ad
Dignosis w/ "Psychosis". after I had
disareements w/ DR. Matsumura and
File Complant against MR. House.

Okuda, Aaron Y (MR = 6350-46-51)

| | | |
|---|---|---|
| Transcription | | |
| Last Edit | | 7/12/2012  4:00 PM |

## Notes

Patient: **Okuda, Aaron Y**
MRN: **6350-46-51**

Progress Notes signed by House, Michael Arthur, LCSW at 12/09/11 1838

| Author: | House, Michael Arthur, LCSW | Service: | (none) | Author Type: | **THERAPIST** |
|---|---|---|---|---|---|
| Filed: | 12/09/11 1838 | Note Time: | 12/09/11 1835 | Note Type: | Progress Notes |

Per client discussion and review the following initial assessment charted is modified.
Replace "accounting of sexual addiction" with review of complex and personal difficulities with the legal system
Delete child pornography since the patient's accounting of personal behaviors may have been understood; i.e. I may not have received accurate information from the patient in the first session due to Aaron's acute level of stress and anxiety.

***Electronically signed by House, Michael Arthur, LCSW at 12/9/2011  6:38 PM***

### Transcription Audit History

| Action | User | Date/Time |
|---|---|---|
| Dictation | | |
| Transcription | | |
| Last Edit | | 7/12/2012  4:00 PM |

## Notes

Patient: **Okuda, Aaron Y**
MRN: **6350-46-51**

Progress Notes signed by House, Michael Arthur, LCSW at 12/09/11 1811

| Author: | House, Michael Arthur, LCSW | Service: | (none) | Author Type: | **THERAPIST** |
|---|---|---|---|---|---|
| Filed: | 12/09/11 1811 | Note Time: | 12/09/11 1806 | Note Type: | Progress Notes |

Session Three
Fifty  minutes spent in face to face counseling  for  psychiatric care and treatment planning. Chart records are selectively  reviewed for todays encounter

s/o  Mr. Okuda reports that he is not quite so anxious today, self rating at mild.Reviewed community and individual support for housing,church, and most importantly parenting experiences. Aaron's life appears to be focused on the very high quality relationship with his little girl. Today Mr. Okuda is very alert, focused, no evidence of paranoia, thinking disorders, or Axis II symptoms.
Broad affect with humour; positive relationship with this writer.  Treatment focus will be supporting the parts of life that are working quite well for Mr. Okuda, parenting is daughter so well accounts for the reduction in anxiety symptoms.

Patient  obtained previous mental health chart notes from this provider; he requested several corrections and this is accomplished by an Addendum to our first session.

a: Anxiety Disorder

plan: schedule for the end of December; decide on number of remaining sessions, and treatment goals, in the December session.

Actually Not Completed
Deleted which should
Negative impression

## Oregon Medical Board
## Verification of Licensure

# SUBJECT TO TERMS AND CONDITIONS

Information current as of: 04/30/2013

Query Time: 2013-04-30 11:59:04.014

Session Info: 50.137.152.74 /biggij451tayli2bzdtpyn45

Return to Search

This site is a primary source for verification of license credentials consistent with JCAHO and NCQA standards.

[ Print ]

| Name: | Matsumura, Andrea Loran MD |
|---|---|
| Gender: | Female |
| Year of Birth: | 1970 |

## LOCATION

| Business Phone: | 503-249-5615 |
|---|---|
| City: | PORTLAND |
| County: | MULTNOMAH |
| State: | OREGON |

## LICENSE

| Number: | MD22819 |
|---|---|
| Type: | MD License |
| Expedited Endorsement: | No |
| Basis: | USMLE |
| Specialty: | Internal Medicine |

*Specialty is self-reported by the licensee. It does not necessarily indicate specialty board certification. Check directly with the Specialty Member Board for current certification status.*

| Originally Issued: | 01/19/2001 | |
|---|---|---|
| Current Status: | Active | Expires:12/31/2013 |

## OTHER LICENSES

| License Number | Effective Date | Expiration Date | License Type |
|---|---|---|---|
| LL09404 | 07/01/2000 | 06/30/2001 | MD Postgraduate License |

## EDUCATION

Medical School

| School Name | Location | Graduation |
|---|---|---|
| U/TX HLTH SCIS CTR SAN ANTONIO | SAN ANTONIO, TX United States | 05/22/1999 |

Post-Graduate

*[handwritten top right:] Letters, Cert 1/5*

*[handwritten top:] Page 2 of 5*

Resp ...... 16

Temp ...... 98.5 °F (36.9 °C)

Temp src ...... Oral

SpO2 ...... 98 %

Wt (gms) ...... 172 lb 8 oz (78.245 kg)

Supplemental Vitals

Click to see Supplemental Vitals

All Flowsheet Templates (all recorded)

Encounter Vitals Flowsheet

Exercise Vitals Flowsheet

Hearing and Vision
None

Progress Notes

Matsumura, Andrea L, MD  2/26/2013  5:25 PM  Signed
No chief complaint on file.

Aaron is a 56 y/o man with h/o MDD and anxiety as well as DM2
He is on SSD for mental health conidtions
He comes in today with a large stack of court documents
He has ongoing issues with the custody of his daughter
He is requesting I write a letter stating the stress of this is negatively impacting his chronic medical conditions
I am concerned b/c he refuses mental health services or care for mental health disorder
He is delusional and feels his medical records are "leaking" everywhere which is why when he goes to Legacy they have security guard by his room
He feels somehow Kaiser is talking with his judge and telling the judge he is not a fit parent
He does love his daughter but has had several issues with custody
He believes if I write a letter stating his health is worse due to custody battles they will leave him alone and his ex wife will no longer pursue legal issues
Today he is disheveled, smells clothes are ripped and his speech is pressured
He believes we can "save" him and we are simply not acting on it.
His suspicions of Kaiser leaking his medical records to the judge and the delusion he can be saved with letters from doctors are very alarming
He denies any visual hallucinations but states sometimes he hears other people in his home that tell him what his problems are.
I believe Aaron would do well if he sought out mental health services but he refuses stating they think I'm crazy and they just tell the judge everything and they are against me.

MDD is a diagnosis he has carried I believe he may have psychotic features as well and GAD has been diagnosed
DM2
Insight is poor with GAF of 40

*[Handwritten annotations throughout, in margins and between lines:]*

*right after reference AFFIDAVIT was Filed w/ Ms. Carol Judge Groves Paralegal +.*

*2/26/13*

*MR. House added "Psychosis" as Diagnosis. after I Filed complaint against him with Kaiser and Had Disagreement and don't about He has reading my med. mental information to outside Kaiser.*

*→ I Refuse Because of MR. House LCSW → see attach Infor mredetal*

*→ It is from → Legacy I believe it started out from Legacy in St. Helens*

*★ Legacy seem to have internal Patient Data base → networking with Kaiser ↔ OHSU ↔ Providence*

*working with MY X wife?*

*→ It is not from Kaiser.*

*→ I did not mentioned to her*

*I SAID Because if ex wife violations of Parenting & a group of people*

*→ ? → I did not make this statement.*

*→ I don't undesand the meaning*

*not understang ?*

*for back "" Trap me I get more stress ↓ Cause Anxiety so, I beleive this will effect.*

*Its not make sense to me → I never Said this.*

*my diabetes and my Health so I added*

*MR. Matsumura seems to be very umpleasent with me and story does not dmake sense they are*

Int

63504651

July 5th 2012

To: Kaiser Permanente
Administrative Office/Mental Health Department

I have asked Ms. Kelly Tucker at Members Relations to Revoke/Cancel my Protected
Health Information to be disclose or use for my treatment last month. Dr. House
asked me to sign the document regarding exchanging my information to outside of
Kaiser for my treatment at his office on October 5th, 2012 at first initial consultation. I
also signed another document at front desk on 2nd Floor.   However, it seems like It
has not been revoked. Dr. House has twisted and made false word on my statement
that I never used which I believe that it causes to have great effect on my reputation
with the court.  I also found that there was false statement on initial consultation
which I have contacted Medical Record Office to exclude/clear those statement. The
Judge informed me that I do not have to see counselor anymore when I had a hearing
on June 15th for selecting summer parenting time. The judge does not know that I was
going to see Dr. House but he knew.  On the other hand Dr. Matsumura informed me
that I need to see counselor.  I have asked Dr. House to give me a copy that I signed
few days later from an initial consultation.  I have also asked him few times after that
but he never gave me a copy, so I was not able to confirm what was exactly stated in
the document but at least I know that it is for something the counselor or Kaiser can
discuss or release my information about me.  In October/November, I have obtained
full copy of Medical Record and I am not sure if this is correct one because there
should be two documents that I signed at his office on Oct 5th, 2011 and at the front
desk right near elevator on 2nd floor.  Please kindly Revoke/Cancel my all the
documents that I signed on October 5th, 2011 at an initial consultation.

In addition, please kindly provide all the places he has contacted and also contacted
by outside of Kaiser. Also please kindly summarize the what was about.

Thank you very much.

Kind Regards,

Aaron Y. Okuda

**RECEIVED**

JUL 1 2 2012

RELEASE OF INFORMATION

**FILE**
RELEASE OF INFORMATION

8M

3/11/13

March 11, 2013

093071

To Columbia County,
Circuit Court

13PO1 M 3:14

Hon. Aaron Okada
ph. 971-217-1945

Re: PRE TRIAL

PLEASE KINDLY CONSIDER SCHEDULE
FOLLOWING DATES. Judge Grove
informed me on ONE OF the Friday

MARCH 1ST (FRI)
APRIL 12TH (FRI)
APRIL 26th (FRI)

NOTE: MARCH 15th / NOT AVAILABLE
MARCH 29th / == As a say

an English Interpreter Requested

Sincerely

Aaron Y Okada

286

*Now Concern with Counseling*
*Base on*
*DR. Matsumura +*
*MR. House's false*
*Diagnosis*

Pre-Trial Hearing Court – MAY 17TH 230PM

Request for Robert Schwirse who confronted with me in the past 3 times. Asked Judge to excuse him from the court but Judge Denied.

Exchange place changed to Sunset Park Parking Lot on Holidays? All the person stays in the car.

Judge ordered? Me to see Mr. James Good *man* for counseling (Child Counselor?)

They want Expect me to have one bedroom for privacy. Who pays for the cost for one bedroom? No respond. Eventually Judge wants me to get one bedroom. I pay $250 per month for the rent. This is only one place where I can get it. HUD supports. In the market $550 -$650 for one bed room. Judge informed me that try to see if I can ask HUD to get one bedroom.

*NOTE: I have been trying to get. Not easy.*
*applied NO AH requested 2 Bedroom Apt. No Fund. hopefully*
*Allowed* *Judge* Cathleen: First Right of Refusal when Mieko stays someone's house *Byend of year*
Informed the judge that Mieko stays overnight with her friend and should be Respect to her. Informed Judge that Mieko told me that when she stayed with Boy, the mother allowed her to sleep with a boy.

When changing the cloths at public place try best to change. She can go out when I changing. Callahan wants me to change cloths not in the front of the child. They were asking Judge to not to have overnight visit until I get one bed room. Judge told her I can use bathroom. *Counselor at CCMH informed Use Best Judgement*
*some place not safe without the sight. Need to be watch*
*eye.*
They want me to use separate phone put in Mieko's school bag at home. Callahan was anxious to leave in the house. Informed Judge why? It might have tracking device? It was very strange. Judge allowed that I need to carry when Mieko is with me.

She does not want to have Mieko going to retreat. Limited To 2 times a year. Judge no comment.

Court Order:
1. Exchange at Sunset Park
2. See James Good at CCMH Columbia County Mental Health
3. Carry phone that is provided.

*↳ Found out TracFone*
*Web info.*
*Possible to track*
*PRIVATE PROPERTY.*
*No People, No witness,*
*No Help in Case of Boy friend* *phone location*
*Confronts. Church People does not* *where the each*
*want* *different Tower.*
*get*
*Involve Invasion of*
*PRIVACY?*

Complaint against
DR. PRASANNA Krishnasamy

1)

On January 14th, 2011, Dr. Prasanna Krishasamy orderd and tested with out consent according to Disclosure of confidential HIV test Information may require specific written authorization of the indiidual. OAR 333-012-020 (9) (a) (b). Also he did not discuss anything about he is going to, or advice me to have HIV testing. He did the testing with hiding. I just found out while I was trying to file complaint against Kaiser Doctors, Dr. Kono, Dr. Matsumura, and Hurtley Jon who originaly order on April 19th, 2013 and found out right before I gave my blood for Diabetes screening.

I strongly believe that Dr. Krishasamy may have respond to all the notes in Legacy Internal Patient Record originally started from Legacy St. Helens by doctor who treats my Daughter Marie Mieko Okuda and Office Manager name Joyce. I recently found out Office Manager, Joyce may have involved in covering up Mieko's mother neglect Medical Attention when mother did not take her to School. Please refer to Madalene C Anderson FNP at Legacy Medical System St. Helens Clinic in St. Helens, Oregon on January 15th 2013. (Copy of Compaint to Board of Nursing). In addition, this is also associate with Dr. Krishasamy, Prasanna ordering without my consent to test HIV when blood was drawn for other Lab test and coflict with Dr. Krishasamy that I filed complaint against him for being late for medical appointments for 30min-1 hrs wait which caused me to cancel and reschedule my other appointments including other doctor's visits and not following up referrals. (Ref to other complaint against Dr. Krishasamy, Prasanna). I strongly believe that all those problems are associate it with a group of people in St. Helens Oregon who against me which involves my Child Custody matter.

I certify that the above information is true to the best of my knowledge.

Singnature of Complainant _____ Date _7/May 24 2013_

LEGACY HEALTH SYSTEM

OKUDA, Aaron  Y.
008000509319
DOB:   4Nov56
Entry Date: 14Jan11

Primary Care Provider: KRISHNASAMY, PRASANNA


OKUDA, Aaron
512 SE MAPLECREST DR

PORTLAND        OR  97219

---

Legacy Clinic Emanuel Internal Medicine
2800 N Vancouver Ave. Suite 230
Portland, OR 97227
(503) 413 2901

To whom it may concern:

Mr. Aaron Okuda has latent tuberculosis for which he is being treated. At this
point, this is not a communicable disease as he does not have symptoms
consistent with active tuberculosis.

LEGACY HEALTH SYSTEM

OKUDA, Aaron  Y.
008000509319
DOB:   4Nov56
Entry Date: 17Jan11

Primary Care Provider: KRISHNASAMY, PRASANNA

*Nothing about HIV*

OKUDA, Aaron
512 SE MAPLECREST DR

PORTLAND         OR  97219

Legacy Clinic Emanuel
2800 N Vancouver Ste.230
Portland, OR 97227
(503) 413-4340

Dear Aaron,

Your recent blood tests done on 1/14/11 are within normal range. Its safe to
start treatment for your latent tuberculosis as we discussed during the clinic
visit.

*Complaint Against*

*DR. Krishnasamy, Prasanna*

for Not disclosing, With out any disclosure and My Written Concent and went ahead and had HIV testing. (Found out this Fact while Kaiser—Antonio, Kono, and/or Hurtley ordered Lab Discoverd this Fact on May 4th 2013     with out my concent.)

Provider: **Krishnasamy, Prasanna V**
Admitted: **01/14/2011**
Discharged: **01/15/2011**

**LEMC Internal Medicine 5611**


**LEGACY**
Health System

**OKUDA, AARON Y**
Age: **56 years**   DOB: **11/04/1956** Sex: **Male**
Med Nbr: **800050-93-19** Acct Nbr: **300427797**

## C O N F I D E N T I A L   T E S T I N G

Separate Report(s) available for results

01/14/2011 03:05:00 PM HIV 1,2,O Abs:

    Disclosure of confidential HIV test information may require specific
    Written authorization of the individual.  OAR 333-012-020 (9) (a) (b)

No Consent was made Both Verbal + Written
DR. Krishnasamy never mentioned about
He is going To have HIV Testing on Me.

Complaint Against
DR. PRASANNA KRISHNASAMY

2)

1) Dr. Prasanna Krishnasamy fail to refer reasonal time to Back Surgeon. Keep failing to refer to doctors who does not accept OHP or Care Oregon. However, I had to keep asking. One time I was able to make appointment with one surgeont but I got sick and called in for reschedule but the receptionest at that doctor informed me she will call me, but never called. Informed Dr. Krishnasamy. However that doctor treated as NO SHOW so, he did not want to see me. Dr. Krishnasamy arranged with MA to find doctor, but found out he does not take OHP or Care Oregon. MA was got rude and said the problem is you have OHP. She may have bad comments about me as well as Dr. Krishnasamy in their internal patient record that only doctors and nurses can look.   He also refer to Dr. O'Neill at Barns Rd in Portland but he also does not take. I informed Dr. Krishnasamy to why can't he refer to OHSU? finally he refer to OHSU with Dr. Johnny Delashaw. If I am not mistaken, Surgery date was July 19th, 2011. I was asked to come to OHSU hospital several hours before surgery that I found out the time of Surgery in the waiting patient room in 7th floor? I was directed to Office room where large window where people can see inside. Curtain was wide open so I had to wait and ask staff for close the curtain because there was no privacy. Then after I changed to Patient Gown, OHSU Staff took all of my personal belongings including my laptop.  He made me across the Lobby to an Elevator where there were more than 20 people in lobby area and people are go in and out. I was crossing over with Patient Gown. Then I went up to 7th floor by an elevator. they directed me to patient waiting room. It took awhile to find out what time is Surgery time. 30 min or so? Nurse did not respond right a way with few attempts to find out. After I discover there is several hours that I had to wait for the surgery, I asked the Head Nurse at the Nurse Station. She would say they have to follow protocol and had to wait 1 hour, then I had to go back and asked again.  another 15 min. passed by then Went to see Head Nurse. She would keep making difficult and keep asking. Another Nuse called Police. Two Police Officer came in to patient waiting room after I had conflict with head nurse.  They alleaged that I was raising my voice. the Nurse station area get to be loud

because the voice bounced and gets lounder. Two Police officers came in to my Patient Waiting Room. I explain to them what happen. The nurse would not let me go righa way when I decided to leave Surgery Wainting room and the Hospital and I informed the police officers to release me.   Dr. Delashaw's assistant or student doctor came and she also wonder what the Nurse is saying by they have to follow Protocol. I was very unconfotable so I had to leave.   I did not mind if Dr. Delashaw is performing surgery, but I had very concern with the Nurses if they are really going to take care of me after the Surgery, if they humiliate and abusive. After all how several Doctors, Nurses and Social Worker, and Office Manager at St. Helens Legacy Clinic treat me, I felt it must be started from Legacy St. Helens Clinic Office manager name by Joyce and/or FNP and/or Doctor for my daughter because I know for sure that they work with DHS Child Welfare and/or Ms. Cathileen Callahan, an attorney for Mieko's mother, Ms. Caroline which involves custody matter. Ms. Callahan is known for Game Player and twisted around the facts  and makes false statements.  I Strongly believe that Dr. Krishanasamy also involve in this matter that he might release or comment negative information about me, especially after we had conflict and after I made complaint against Dr. Krishanasamy for always being late by 30min. or 1 hrs for more than 10 times and at least twice, I had to reschedule one to two appointments on another day so I had to make additional trips for those appointments. I also complaint about lack of referral in timely manner and fail to follow up.   It seems like Legacy is the hospital that if I complaint I will get revenge and/or fire back at me, especially when there is negative comments written by some one who is in a group of St. Helens, Oregon. I have spoken to Patient Relation Manager about those issue with Dr. Krishanasamy and about St. Helens Legacy Clinic because one of the NURSE name by Craig?, nurse for Dr. Eric Murry.

If Medical Board can also send all of my complaints including FNP and their Office Manger, Joyce at St. Helens Legacy Clinic, please forward my complaint to an appropriate Agency for Hospital Management. For Dr. Krishnasami's being late, please find the records on appointment and log in time form patient record (EPIC?) you can find how late.

I certify that the above information is true to the best of my knowledge.

_____        May 24, 2013

ment                                                    Aaron Yoshihito Okuda (MRN 00678855)

## Patient Information

### Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Okuda, Aaron Yoshihito | Male | 11/4/1956 | 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 |

### Patient Language

Languages Spoken at Home
English

### Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| 512 SE MAPLECREST DR | 503-453-2496 (Home) | aaronyokuda@yahoo.com |
| PORTLAND OR 97219 | | |

## Provider Information

### Referring Provider Information

| Referring Provider | Address | City | State | Zip Code | Phone # | Fax # |
|---|---|---|---|---|---|---|
| KRISHNASAMY, PRASANNA V | LEGACY CLINIC EMMANUEL 2800 N VANCOUVER AVE STE 230 | PORTLAND | Oregon [38] | 97227 | 503-413-1662 | |

## Appointment Information

### Appt Info

| Appt Length | Appt Notes |
|---|---|
| 60 | L4-5 Laminectomy w/Poss Foraminotomy; iPath#: 353111; crh |

### Status

**Canceled (Patient Request)**

### Coding Report

View Coding Report

Cancelled Surgery at OHSU because of OHSU
Nurse, how they treated me. Refer to
Complaint Form. I'm not sure if this is
Right record but Need to be Sppena
Record from OHSU Advocy OFFICE that I filed
complent.

7/19/2011 ? for surgery.



3181 S W Sam Jackson Park Road
Mailcode: OP17A
University Hospital South

OKUDA,AARON YOSHIHITO
MRN: 00678855
DOB: 11/4/1956, Sex: M
Enc. Date:06/10/11

## Progress Notes (continued)

Plain films: none

CT scans: none

MRI scans: L4-5 moderate lumbar stenosis with degenerative disc disease at L4-5.

Assessment: Neurogenic claudication and back pain secondary to lumbar stenosis. This pain has been progressive and will not improve without surgery.

Plan:
L 4-5 laminectomy. A complete discussion regarding the surgical procedure planned was discussed. This included a description of the procedure in detail and the risks and benefits of the surgery. All questions solicited were answered. This discussion included risks of anesthesia, cardiac and pulmonary risks, infection, stroke, and neurological deficits. The patient has agreed to surgery. We will attempt to get approval from OHP and then schedule surgery.

I performed a history and physical examination of the patient and discussed his management with the resident. I reviewed the resident's note and agree with the documented findings and plan of care.

JOHNNY DELASHAW, MD
NEUROSURGERY
3303 S W Bond Ave
Mailcode: Ch8n
Center For Health And Healing, 8th Floor
Portland OR 97239-3011
503-494-4314

## CAPILLARY BLOOD GLUCOSE, POC (Order 64127715)

**Results**

Abnormal

Status: **Final result**
7/19/2011  9:10 AM

3181 SW Sam Jackson Pk Rd

OKUDA,AARON YOSHIHITO
MRN: 00678855
DOB: 11/4/1956, Sex: M

Printed at 2/8/13  4:39 PM

on for Vi...
:oulder Pain
:ok Pain
ther (see comments)                                      Latent TB
:ck Pain

5/17/11

eason For Visit History Recorded

s - Last Recorded

| P | Pulse | Temp(Src) | Resp | Wt |
|---|-------|-----------|------|-----|
| 32/66 | 80 | 36.8 °C (98.2 °F) (Oral) | 16 | 79.742 kg (175 lb 12.8 oz) |

rrss Notes

**RASANNA V KRISHNASAMY, MD  5/17/11 01:00 PM  Signed**

47.0P Cervical strain  (primary encounter diagnosis)
Comment: Likely has underlying DDD of Cervical spine as well.
Plan: Patient counseled and educated. Neck stretching exercises taught during visit. FLEXERIL 10 mg qhs pm and
NAPROSYN 500 mg q12h pm

724.02C Lumbar spinal stenosis
Comment: Back pain is better, but I suspect that this will be temporary. No neuro deficits in LEs. MRI with significant
indings
Plan: Referral to Neurosurgery (Dr.O'Neill, Barnes Road)                    Will not accept care or co

795.5U Latent tuberculosis
Comment: on INH prophylaxis, doing well
Plan: Check CMP

Follow-up in 4 weeks to f/u on DM and Lipids.

Patient ID: Aaron Y Okuda is a 54 y.o. male who comes in for neck and shoulder pain, bilateral x 2-3 months, but worse in
the last several weeks. Denies any injury but feels that his job as a caregiver could have caused it. Associated symptoms
include: neck stiffness and difficulty sleeping. Denies cervical radiculopathy or gait problems.

**Lumbar spinal stenosis - PRASANNA V KRISHNASAMY, MD  5/17/11 12:48 PM  Signed**
Aaron continues to have chronic low back pain which waxes and wanes. Had few PT sessions recently and his low back
has not been bothering him as much. He has associated lumbar radiculopathy, right more than left. Denies weakness in
legs, bowel or bladder issues, or saddle anesthesia. Continues to take Cymbalta. MRI in Oct 2010 at Providence showed
moderately severe lumbar spinal stenosis and bilateral lateral recess stenoses at L4-5 level. He is yet to follow-up with
Neurosurgery as recommended.

**Latent tuberculosis - PRASANNA V KRISHNASAMY, MD  5/17/11 12:49 PM  Signed**
Aaron was diagnosed with Latent TB based on PPD (24 mm) in July 2010. CXR in Aug 2010 was negative. He never really
had active symptoms of tuberculosis. He was started on INH prophylaxis in Jan 2011 and has been taking it regularly along
with Pyridoxine, tolerating well. Denies fevers, chills, abdominal pain, nausea, or jaundice.

Problem list and Medications reviewed and updated

Review of Systems As per HPI

**Physical Exam**
Constitutional:

Okuda, Aaron Y (MR # 8000509319) Printed by [28225] at 5/27/11 1:45 PM

00678855
OKUDA, AARON  YOSHIHITO
11/4/1956              M

HAR: 4253656
CSN: 1016397505
OHP CAREOREGON STANDAl
ENC: 5065455              A
DELASHAW,  JOHNNY     6,

10/29/10

Legacy Health System
EMANUEL HOSPITAL & HEALTH CNTR

OKUDA, Aaron Y.
008000509319
DOB: 11/04/1956  Age: 54
DOS: 10/29/10
Entry Date: 10/29/2010
Signed By: MURRAY, ERIC

Primary Care Provider: KRISHNASAMY, PRASANNA

CC: back pain

HPI:

DM - he isnt able to tolerate the metformin becuase of nausea and persistent diarrhea

Back pain -  met with a family doc in portland and had an MRI on 10/14. impression below from the provicence system.  he is interested in referral to back surgeon

IMPRESSION- 1. There is advanced multilevel disc and facet degeneration. 2.  At L4-L5, there is a moderate to moderately severe central canal stenosis including significant bilateral lateral recess stenoses.  The left lateral recess stenosis appears slightly worse than on the right.  There are also severe bilateral L4-L5 foraminal stenoses.  3.  Severe left L5-S1 foraminal stenosis.  4.  Additional central canal and foraminal stenoses are identified at L1- L2 through L3-L4, and at L5-S1, mild to moderate in grade.

MEDICATIONS: Reviewed and updated in E chart

ALLERGIES: Reviewed and updated in E-Chart

VITAL SIGNS: stable per flowsheet

GENERAL: Alert and well nourished

ASSESSMENT AND PLAN:

back pain  with arthritis, foramenal and spinal stenosis.  discussed the treatment options and he would like to see the surgeon

DM - unable to tolerate the metformin.  discussed options and will continue with glipizide.  will follow sugars and repeat A1c in 1 month

25 min spent with pt counselling on these topics.

Eric Murray MD

9am – 10:30am    Dentist Appointment with Dr. Lee at Cascade Park
     Received Lab Test on Diabetes monitoring test By Antonio Daniels MD.   However, there is no information Regarding HIV testing.

11:18am          Spoke to Maribeth L. Markeson
     Interstate Phlebotomy team Supervisor
     Pre-analytical Technical Special Original Lab Test Slip was taken by Ms. Markeson at Kaiser Interstate.  I asked Ms. Markeson to print out all of the Lab test order, but she refused.  She wrote down on a piece of paper which included HIV testing.  An order
Date was April 19th. I informed her I did not give consent to Dr. Antonio Daniel and I never seen this doctor. How can he order? She tries to conceal the fact by not printing out the Lab test order by Dr. Daniel.  I refused to drawn the blood and they cancelled at 11:20am by Brady, Justin S
(D127088, ES): Note: Actual print out for this Lab Test was printed around 5pm same day at Cascade Park Lab.

2:15pm          Appointment with Dr. Kono at Kaiser Interstate for Soar Throat/Sinus problem
                    He had Rapid Strep test. However, he did not wait until the result came back and he also prescribed Antibiotics Azithromicin 250mg tab in addition to Pseudoephorine HCL 60mg tab.  Doctor has prescribed only if I am positive on Rapid Strep Test in the past. I had several and all negative.  The test only takes about 30min.  Why did not wait and went a head?
Later by calling to Medical Board, I was able to confirm that you can have Oral test with HIV Test Kit by purchasing from pharmacy such as HIV 1&2 POCT (Point of Care Test) Kit. Another one is ORAQUICK for HIV test. Dr. Kono sign in at 2:20pm and signed out and discharged me at 3:10pm The test result at 3:44 pm according to the print out I requested at Cascade Park after I had another Dental treatment at Cascade Park Dental on same day.  Lab technician wants to hide his/her name which is blacked out as showing on Rapid Strep Test Result print out.  It seems to be Dr. Kono may have perforAprm Oral HIV Test and may be technician did not want to get involve so she/he wanted to hide the name where all the medical records has names of Nurse, technicians, MA, and Doctors names are all documented in Medical Record.

April 23rd, 2013 – at Kaiser Sunnyside, Clackamas, Oregon
11am
DeAnn (Supervised Nurse) at Sunnyside Medical Clinic across the building from Kaiser Hospital, She informed me there is:
- NO HIV CONCESNT FORM
- NO ORDER FOR HIV TEST
- NO HISORY OF HIV TEST
- Made 3 print outs of orders. She said all the records are same as what I get at Medical Record Office. Lab Order Tracking Information dated 4/22/13 was printed out by Hodgkinson, Stephanie M, MA (see bottom of print ofor
- 1st print out Page 1      ALT, SERUM
- 2nd print out Page 1     LIPID PROFILE, NON-FASTING
- 3RD print out Page 1     BASIC METABOLIC PANEL
However, they did not print out HIV test order which I have copy printed out by Ms. Geri L (see bottom of print out) from Medical Record Department around 11:40 am after I met DeAnn  and One other nurse.  It she kept denying there was HIV test was ordered and no history.
There were actuary more oders with LIPD PROFILE W/ FASTING, POTESSIUM BLOOD, HEMOGLOBIN A1C, CREATININE, AND SERUM, MICROALBUMIN SCREEN URINE in Addition to HIV and the print out giving by DeAnn.  I did confirm with her again and again if there is HIV order and kept denying.

Note: While I was looking at all the Medical Records, I also found out Dr. Prasanna Krishnasamy went a head and did HIV testing on 1/14/2011 without consult and obtained written permission or consent from me which I found out on May 4th, 2013. Now it seems like Internal Patient had some kind of Negative comments about me or someone had contacted him to do HIV testing without my consent. It could be possibly started out from Legacy St. Helens Clinic Doctor, FNP and/or Manager because I know for sure that they are working with Ms. Cathi Callahan, an attorney for Ms. Maria Caroline, a mother of Mieko Okuda which concealment was going on every time Ms. Caroline violates Stipulated General Judgment (Court Order) /Mediated Parenting Agreement, a group of people have been concealed and trying to trick many ways to discourage me. In fact When Dr. Prasanna Krishnasamy refer to OHSU for my back surgery with Dr. Johnny Delashaw. Made me change cloths in Office, pack all personal belohgins in plastic bag, walk through with patient gown lobby area 20+ People, 7 hr to surgery, head nurse refuse to bring my lap top computer for over 1.5 hr, alleged loud voice. Called Police. left hospital w/o surgery-concerned

Okuda, Aaron Yoshihito (MR # 6350-46-51)     *LAB TEST*     Encounter Date: 02/25/2013

*Med @ Record office
n Sunny side*

**Order Transmittal Details for Order: 209035695**

| | |
|---|---|
| Patient: | OKUDA,AARON YOSHIHITO [ 63504651] |
| Encounter: | 2/25/2013 Office Visit |
| Order Description: | LIPID PANEL, FASTING |
| Future/Standing: | Future |

| | |
|---|---|
| Originating Workstation: | NWEINAM1986278 [809] |
| Originating User: | Matsumura, Andrea L, MD [9573] |
| Originating Department: | EIN-IM [75] |
| Rules Used: | KPNW SERVICE AREA RULE [5] |
| | KPNW FACILITY RULE [1] |
| | There was nothing to send specified in the rule. |
| Local Properties: | order_class = 1 |
| | order_mode = 1 |
| | order_type = 1001 |

---

Okuda, Aaron Yoshihito (MR # 6350-46-51)     Encounter Date: 02/25/2013

**Order Transmittal Details for Order: 209035696**

| | |
|---|---|
| Patient: | OKUDA,AARON YOSHIHITO [ 63504651] |
| Encounter: | 2/25/2013 Office Visit |
| Order Description: | LIPID PROFILE, NON-FASTING (DIRECT LDL, HDL, CHOL, TRIG) |
| Future/Standing: | Future |

| | |
|---|---|
| Originating Workstation: | NWEINAM1986278 [809] |
| Originating User: | Matsumura, Andrea L, MD [9573] |
| Originating Department: | EIN-IM [75] |
| Rules Used: | KPNW SERVICE AREA RULE [5] |
| | KPNW FACILITY RULE [1] |
| | There was nothing to send specified in the rule. |
| Local Properties: | order_class = 1 |
| | order_mode = 1 |
| | order_type = 1001 |

*No one
informed
they are going to have
HIV — Found out
Before Drawn Blood
By Asking. of Interstate PDV
with Mi Mankenson LAB.*

*Complaint
Against
one of more people
① Hurtley, Jon   ③ Antonio
② KONO, Mizuki      Daniel*

*❋ HIV 1 AND 2 AB SCREEN LAB Test was not informed.
Found out Befor giving out my Blood - No Concent Made to Doctor.*

---

Okuda, Aaron Yoshihito (MR # 6350-46-51)     Encounter Date: 04/19/2013

**Order Transmittal Details for Order: 212914919**

| | |
|---|---|
| Patient: | OKUDA,AARON YOSHIHITO [ 63504651] |
| Encounter: | 4/19/2013 Orders Only |
| Order Description: | HIV 1 AND 2 AB, SCREEN |
| Future/Standing: | Future |

*this order did not show
After Visit Summary By DR. KONO.*

| | |
|---|---|
| Originating Workstation: | NWNSCAM1046140 [33] |
| Originating User: | Hurtley, Jon [102] |
| Originating Department: | EIN-IM [75] |
| Rules Used: | KPNW BULK ORDER [20] |
| | KPNW SERVICE AREA RULE [5] |
| | KPNW FACILITY RULE [1] |

*Who is Hurtley, Jon ?
the person who order
HIV testing ?*

| | |
|---|---|
| Destination Descriptor: | IF_LABOUT [1412] |
| Map Used: | KPNW FACILITY MAP [1] |
| Destination Workstation: | IF- LAB OUT [1412] |
| Report Sent: | KPNW INTERFACE [987654321] |
| Local Properties: | ORDERING_MODE = 1 |
| | order_class = 1 |

*① OR   Is it Both Antonio Daniels MD
① OR    KONO   involves*

*I there seem 6...*

## Appointment Information

| | | | |
|---|---|---|---|
| Name: | OKUDA,AARON YOSHIHITO | MRN: | 6350-46-51 |
| Date: | 4/22/2013 | Status: | Arrived |
| Time: | 11:20 AM | Length: | 5 |
| Visit Type: | LAB [1162] | Copay: | $0.00 |
| Provider: | Tech, Ein Lab | Department: | EIN-LAB |
| Referral Number: | | Referral Status: | |
| Enc Form Number: | 24856635 | | |
| Arrival Time: | 11:18 AM | | |
| Made On: | 4/22/2013 11:18 AM | By: | BRADY, JUSTIN S [D127088] (ES) |
| Checked In: | 4/22/2013 11:18 AM | By: | BRADY, JUSTIN S [D127088] (ES) |

## Patient Demographics for OKUDA,AARON YOSHIHITO [6350-46-51]

| | | | |
|---|---|---|---|
| DOB: | 11/4/1956 | SSN: | xxx-xx-xxxx |
| Age: | 56 yrs | Sex: | Male |
| Home Phone: | 503-410-8468 | Work Phone: | |
| Address: | 512 SW MAPLE CREST DR | E-Mail: | aaron.okuda@gmail.com |
| City/State/Zip: | Portland, OR 97219 | | |
| Perm Comments: | | | |

## Appointment Orders

| Order # | Category | Procedure | Appointment Association |
|---|---|---|---|
| 213029548 | Blood | CREATININE, SERUM [82565 (CPT®)] | Order Canceled |
| 213029549 | Blood | HEMOGLOBIN A1C [83036 (CPT®)] | Order Canceled |
| 213029550 | Blood | POTASSIUM BLOOD [84132 (CPT®)] | Order Canceled |
| 213029551 | Blood | LIPID PANEL, FASTING [80061 (CPT®)] | Order Canceled |
| 213029552 | Blood | LIPID PROFILE, NON-FASTING | Order Canceled |
| 213029553 | Clinical Laboratory | (DIRECT LDL, HDL, CHOL, TRIG) | Order Canceled |
| 213029554 | Blood | [225517] | Order Canceled |
| 213029555 | Blood | MICROALBUMIN SCREEN URINE | Order Canceled |
| 213029556 | Blood | (MICROALBUMIN, CREATININE) | Order Canceled |
| 213029557 | Blood | [221273] | Order Canceled |
| 213029558 | Blood | CREATININE, SERUM [82565 (CPT®)] | Order Canceled |
| | | HEMOGLOBIN A1C [83036 (CPT®)] | |
| | | POTASSIUM BLOOD [84132 (CPT®)] | |
| | | ALT, SERUM [84460 (CPT®)] | |
| | | HIV 1 AND 2 AB, SCREEN [86703 (CPT®)] | |

HIV

Receive this copy from
LAB at Cascade Park in
Vancouver WA around 5pm on
4/22/13 after Dentall 2nd same day
appointment.

Okuda, Aaron Yoshihito (MR # 6350-46-51)    ORDERS    Encounter Date: 02/25/2013

**Order Transmittal Details for Order: 209035700**

| | |
|---|---|
| Patient: | OKUDA,AARON YOSHIHITO [ 63504651] |
| Encounter: | 2/25/2013 Office Visit |
| Order Description: | POTASSIUM BLOOD |
| Future/Standing: | Future |

| | |
|---|---|
| Originating Workstation: | NWEINAM1986278 [809] |
| Originating User: | Matsumura, Andrea L, MD [9573] |
| Originating Department: | EIN-IM [75] |
| Rules Used: | KPNW SERVICE AREA RULE [5] |
| | KPNW FACILITY RULE [1] |
| | There was nothing to send specified in the rule. |

| | |
|---|---|
| Local Properties: | order_class = 1 |
| | order_mode = 1 |
| | order_type = 1001 |

Okuda, Aaron Yoshihito (MR # 6350-46-51)    Encounter Date: 02/25/2013

**Order Transmittal Details for Order: 209035701**

| | |
|---|---|
| Patient: | OKUDA,AARON YOSHIHITO [ 63504651] |
| Encounter: | 2/25/2013 Office Visit |
| Order Description: | ALT, SERUM |
| Future/Standing: | Future |

| | |
|---|---|
| Originating Workstation: | NWEINAM1986278 [809] |
| Originating User: | Matsumura, Andrea L, MD [9573] |
| Originating Department: | EIN-IM [75] |
| Rules Used: | KPNW SERVICE AREA RULE [5] |
| | KPNW FACILITY RULE [1] |
| | There was nothing to send specified in the rule. |

| | |
|---|---|
| Local Properties: | order_class = 1 |
| | order_mode = 1 |
| | order_type = 1001 |

Okuda, Aaron Yoshihito (MR # 6350-46-51)    Encounter Date: 02/25/2013

**Order Transmittal Details for Order: 209035699**

| | |
|---|---|
| Patient: | OKUDA,AARON YOSHIHITO [ 63504651] |
| Encounter: | 2/25/2013 Office Visit |
| Order Description: | HEMOGLOBIN A1C |
| Future/Standing: | Future |

| | |
|---|---|
| Originating Workstation: | NWEINAM1986278 [809] |
| Originating User: | Matsumura, Andrea L, MD [9573] |
| Originating Department: | EIN-IM [75] |
| Rules Used: | KPNW SERVICE AREA RULE [5] |
| | KPNW FACILITY RULE [1] |
| | There was nothing to send specified in the rule. |

| | |
|---|---|
| Local Properties: | order_class = 1 |
| | order_mode = 1 |
| | order_type = 1001 |

Okuda, Aaron Yoshihito (MR # 6350-46-51)    Encounter Date: 02/25/2013

**Order Transmittal Details for Order: 209035698**

| | |
|---|---|
| Patient: | OKUDA,AARON YOSHIHITO [ 63504651] |
| Encounter: | 2/25/2013 Office Visit |
| Order Description: | CREATININE, SERUM |
| Future/Standing: | Future |

| | |
|---|---|
| Originating Workstation: | NWEINAM1986278 [809] |
| Originating User: | Matsumura, Andrea L, MD [9573] |
| Originating Department: | EIN-IM [75] |
| Rules Used: | KPNW SERVICE AREA RULE [5] |
| | KPNW FACILITY RULE [1] |
| | There was nothing to send specified in the rule. |

| | |
|---|---|
| Local Properties: | order_class = 1 |
| | order_mode = 1 |
| | order_type = 1001 |

3:44pm
Result Came out

There is possibility that Kaiser –
DR Kono HAD informed Lab
to Test HIV or He took my
Sample for ORAL HIV Test KPT.
USING
Why did he not give result for Strep Test
~~It~~ I had this test several times and
ONLY one time Positive → Prescribed Antibiotic
But he went a head and prescribe Antibiotics.



**KAISER PERMANENTE.**

# Rapid Strep Advice

Whether your tests results are Negative or
Positive, if the symptoms worsen after 3 days
or if a fever greater than 101.6°F persists
longer than 3 days, please call the Advice
Nurse at the Kaiser Permanente Medical Office
of your choice. After regular business hours,
on weekends or holidays, call 503-813-2000.

## Relief of Sore Throat Symptoms

*for CHILDREN may include:*

✓ Increased fluid intake of water, juices, popsicles, hot diluted soup, and other warm liquids.

✓ Cough drops, hard candies, and lozenges for children age 5 & up.

✓ Warm saltwater gargles for children age 5 & up. Add 1/4 tsp salt to 4 ounces of warm tap water.

✓ Use Tylenol® for discomfort and fever.

## Relief of Sore Throat Symptoms

*for ADULTS include all those for children, and:*

✓ If you smoke, stop. Smoking is an added irritant to your throat. If you've wanted to quit smoking, th may be a good time to try. For smoking cessation counseling, contact Tobacco Cessation Servic at 503-240-4095.

✓ Try anesthetic sprays and lozeng such as Chloraseptic® or Cepastat®.



They wanted to cross out
LAB Tech's name. why.

Did not want to get involve
in or hiding that this Lab
tech asked to do oral HIV Test?

4/22/13
    Strep Test came out
    at 4:33 pm.

@ 3:10 pm, Discharged by
DR. KONO. it was after

*view sheet*
*given by DeMin*

Order
Information

LIPID PROFILE, NON-FASTING (DIRECT LDL, HDL, CHOL, TRIG) [225517] (Order 213057325)

---

Encounter

View Encounter

Priority and Order Details

| Priority | Class |
|---|---|
| Routine | Normal |

Associated Diagnoses

DM 2

Future Order Information

| Expected B; | Expires |
|---|---|
| 6/3/13 | 11/30/13 |

Order CC Information

| Recipient | Phone |
|---|---|
| Daniels, Antonio Andrew, MD | 360-408-7687 |

Order Information

| Electronically Authorized By | Electronically Ordered By |
|---|---|
| Kono, Earl Miyuki, DO | Kono, Earl Miyuki, DO |

Order Providers

| Authorizing Provider | Encounter Provider |
|---|---|
| Kono, Earl Miyuki, DO | Kono, Earl Miyuki, DO |

Order Tracking Information

LIPID PROFILE, NON-FASTING (DIRECT LDL, HDL, CHOL, TRIG) (Order#213057325) on 4/22/13

## Order Information
HIV 1 AND 2 AB, SCREEN [86703B] (Order 213029558)

**This Order Has Been Canceled**

| Order Status | By | On | Reason |
|---|---|---|---|
| Canceled | Brady, Justin S | 4/22/13 1121 | Patient Declined |

**Encounter**

View Parent Encounter

**Priority and Order Details**

| Priority | Class |
|---|---|
| Routine | Normal |

**Associated Diagnoses**

SPECIAL SCREENING EXAMINATION OTH SPEC VIRAL DZ

**Comments**

Document test consent in chart note.

**Original Order**

| Ordered On | Ordered By |
|---|---|
| Fri Apr 19, 2013 6:52 PM | Hurtley, Jon |

**Scheduling Instructions**

US Preventive Services Task Force is recommending that all patients from ages 18 – 65 are tested once for HIV. An HIV test will be included in your regular labs. You may contact your primary care provider should you have any questions about these tests.

**Order Information**

| Electronically Authorized By | Electronically Ordered By |
|---|---|
| Daniels, Antonio Andrew, MD | Hurtley, Jon |

**Order Providers**

| Authorizing Provider | Encounter Provider |
|---|---|
| Daniels, Antonio Andrew, MD | Tech, Ein Lab |

**Order Tracking Information**

HIV 1 AND 2 AB, SCREEN (Order#213029558) on 4/22/13

*I got this information from Medical Record. Printout By Geri*

*HIV 1 on 2 Ab Screen Lab. Order : DeAnn at Sunnyside Medical Clinic said there is No History of HIV test order and there is No order when I asked for HIV Medical Consent Form*



Hand written by ←

**KAISER PERMANENTE.**

Maribeth L Markeson
Interstate Phlebotomy Team Supervisor
Pre-analytical Technical Specialist

3550 N. Interstate Ave.
Portland, OR 97227
Office: (503) 331-6404
Tie-line: 16-6404
Cell: (971) 313-2554
www.kp.org

She did not
want or
Refuse to
PRINT OUT
Test ORDER SHEE
Instead, she wr
it down.
— meaning
or Hiding ---

Order date
April 19th

MASTER LABEL

LIPID PROFILE
MICRO ALBUMIN
ELECTROLYTES
H2B   A1C
HIV

RESULT:

BY:

TIME CALLED:

CULTURE CONFIRMATION ORDERED:

CULTURE CONFIRMATIONS ARE
PERFORMED ON ALL NEGATIVE STREPS
FOR PATIENTS UNDER 18 YEARS OF AGE.

Mari
?

kuda, Aaron Yoshihito (MR # 6350-46-51)                                    Page 4 of 6

edications Last Reviewed During Encounter By     *DR. KONO*
    HINDMAN, SAHAKREATHA, MA on 4/22/2013 at 2:34 PM

rder name, click link to see details

| | Ordered On |
|---|---|
| BASIC METABOLIC PANEL (NA, K, CL, CO2, BUN, CR, GLU, TOTAL CA) | 4/22/2013 |
| LIPID PROFILE, NON-FASTING (DIRECT LDL, HDL, CHOL, TRIG) | 4/22/2013 |
| LIPID PANEL, FASTING | 4/22/2013 |
| ALT, SERUM | 4/22/2013 |
| STREP TEST RAPID | 4/22/2013 |
|     Released on:  4/22/2013 3:27 PM | |

ospital Problems as of 4/22/2013                        Date Reviewed: **8/10/2012**
    None

roblem List as of 4/22/2013                            Date Reviewed: **8/10/2012**

| | Codes | Priority | Noted |
|---|---|---|---|
| DM 2 (Chronic) | 250.00 | | 9/2/2011 |
| TUBERCULIN SKIN TEST POSITIVE | 795.51 | | 9/2/2011 |
| ANXIETY DISORDER | 300.00 | | 11/14/2011 |
| STRESS | 308.9 | | 11/21/2011 |

        Overview Signed 11/21/2011 9:04 AM by Lin, Mike Geng-Li, MD
            divorce

| | | | |
|---|---|---|---|
| HYPERTRIGLYCERIDEMIA | 272.1 | | 11/21/2011 |
| LOW BACK PAIN | 724.2 | | 11/21/2011 |
| SPINAL STENOSIS | 724.00 | | 11/21/2011 |
| SPONDYLOARTHROPATHY | 721.90 | | 11/21/2011 |
| STRAIN OF LUMBAR REGION | 847.2 | | 11/21/2011 |
| MAJOR DEPRESSION, RECURRENT, MODERATE (Chronic) | 296.32 | | 1/4/2012 |
| MAJOR DEPRESSION, RECURRENT, SEVERE W PSYCHOSIS (Chronic) | 296.34 | | 2/26/2013 |

atient Goals (3 Years of Data) as of 4/22/2013
    None

ollow-up and Disposition
    Return if symptoms worsen or fail to improve, for See Dr Daniels in about a month.

atient Instructions
    It was a pleasure to see you today.

    Hope you are better soon.

*By Dr Michael House
Lcsw ?
Based on Dr.
Matsumura's comment,
Micheal House did
not see me for
8 month before he started.
"psychosis"*

    Your Kaiser Permanente Care Instructions

    **Sinusitis: After Your Visit**

    Your Care Instructions

Sinusitis is an infection of the lining of the sinus cavities in your head. Sinusitis often follows a cold
and causes pain and pressure in your head and face.

Antibiotics can help cure sinusitis caused by bacteria. You should begin to feel better within a
couple of days, but some symptoms may last for a month or more. If your doctor thinks that you
have a bacterial infection, he or she will probably prescribe antibiotics.

Name: **OKUDA,AARON,YOSHIHITO**
HRN: **63504651**

Primary Care Physician: Antonio Daniels (1203W)
**Other screening exams you may be due for:**

| Test | About this test |
|---|---|
| HIV screening | Kaiser Permanente has adopted United States Preventive Services Task Force recommendations for one-time HIV testing for everyone between 15 and 65 years. Early detection saves lives, so there's no charge for this preventive screen. Please contact your primary care provider if you'd like this test ordered for you, or if you have questions. |

Managing your health is important to us. This is a personalized summary of your health care needs. It is also a reminder of how important it is to keep up-to-date with medical tests and health screenings. Having regular tests and screenings can help you avoid many health problems, and will help you and your health care team to better manage any existing problems.

Questions about this letter? Call us Monday through Friday, 8 a.m. to 6 p.m.
All areas 1-800-813-2000
TTY 1-800-735-2900
Language interpretation services 1-800-324-8010
You may also log on to **kp.org** to send a secure message to Membership Services.

As of 05/17/2013

5/17/2013  Ordered Status.

It was not cancell
even though it should have
Been cancell

Same day as Pre-Trial Date.
Re order?

*4/22/13 21:20 pm*

Aaron Yoshihito Okuda (MRN 6350-46-51) DOB: 11/04/1956

*After Visit Summary by DR. Kono*

Health Issues Reviewed (continued)

DIABETES TYPE 2

## Medications

### Start/Continue Taking

| | |
|---|---|
| Pseudoephedrine (SUDOGEST) 60 mg Oral Tab | Take one-half to one tablet by mouth every 6 hours as needed for congestion |
| Azithromycin (ZITHROMAX) 250 mg Oral Tab | Take 2 tablets by mouth today then take 1 tablet by mouth days 2 to 5 for sinus infection |
| Simvastatin (ZOCOR) 20 mg Oral Tab | Take 1 tablet by mouth every evening for cholesterol |
| Lisinopril (PRINIVIL/ZESTRIL) 2.5 mg Oral Tab | Take 1 tablet by mouth 1 time a day |

### Important Information About Refilling Controlled Substance Prescriptions

Federal pharmacy laws require that controlled substance prescriptions (examples: medications for pain, anxiety or insomnia) must have a handwritten signature of the prescriber. This may result in a longer processing time for your refills.   Please contact your pharmacy to request refills, and allow several extra business days advanced notice for these medications (7 days for pain medication).

### SUDOGEST 60 MG ORAL TAB is non-formulary.

This medication is not on our approved formulary and we do not stock it in our clinic pharmacies. Please contact our Mail Order Pharmacy at 1-800-548-9809 (press Option 4) to initiate your order. If mail order is not an option for you, please contact the Kaiser Permanente clinic pharmacy of your choice and allow 7 days to special order.

For medications to be administered in clinic (e.g., IV meds): Please contact your clinic's nurse treatment center to arrange for administration.

*Lab ORDER. TEST does not show HIV*

## Lab, Imaging, Immunizations, Referrals, and Other Orders

### Laboratory Tests Ordered

*Testing in After Visit Summary. By DR. KONO.*

| Future Orders | Expected By | Expires |
|---|---|---|
| BASIC METABOLIC PANEL (NA, K, CL, CO2, BUN, CR, GLU, TOTAL CA) [80048 CPT(R)] | 4/29/13 | 10/22/13 |
| LIPID PROFILE, NON-FASTING (DIRECT LDL, HDL, CHOL, TRIG) [225517 Custom] | 6/3/13 | 11/30/13 |
| LIPID PANEL, FASTING [80061 CPT(R)] | 6/3/13 | 11/30/13 |

Scheduling Instructions:

This test can be done while you are not fasting, unless your clinician specifically tells you otherwise.

If your clinician tells you to do the test while fasting, please arrive at the lab 10 hours or more after your last meal. You may drink water, coffee (without cream or sugar), tea (without cream or sugar).

| | | |
|---|---|---|
| ALT, SERUM [84460 CPT(R)] | 6/3/13 | 10/19/13 |
| STREP TEST RAPID [87880 CPT(R)] | 4/22/13 | 10/22/13 |

*NO HIV Testing*

## Vital Signs and Additional Information

### Your Vitals Were - Last Recorded

| Blood Pressure | Pulse | Temp(Src) | Height | Weight | BMI | SpO2 |
|---|---|---|---|---|---|---|
| | | | | | | |

# HIV Test Kit for home use

Anonymously self test for HIV 1&2 in total privacy at home, your test results will be available to you within minutes. This product is certified by the World Health Organization and is used Worldwide as the front line clinical field testing kit.

Instead of



# HIV 1&2 POCT (Point Of Care Test) Kit

Like 🖒19     Tweet 1                    48

In the privacy of your own home the rapid one step HIV self testing kit will determine your HIV 1 and 2 infection status, including subtype O and all other known antibodies within five to fifteen minutes maximum. The results are 99.9 to 100% accurate.

## Benefits

The Advanced HIV Test Kit is inexpensive, confidential, private, anonymous, simple and safe to use, delivering accurate results within minutes at home.

## Having doubts about your HIV infection status

### Should I test for HIV?
Yes, if you believe that you may have been exposed, to do nothing and be fearful of the unknown possibility of being infected is the worst possible choice. Delaying HIV testing could potentially be extremely harmful to yourself and others if indeed you are HIV positive.

### When should I test for HIV?
As soon as possible (14 to 22 days) after the suspected initial exposure and repeated up to two or three times during the window period. The transition from HIV to AIDS is a lengthy and





# The first in-home oral HIV test

• Trusted: The same test
  healthcare professionals
  have used for years.

• Fast: Results in 20 minutes.

• Oral: A quick oral swab.
  No blood required.

ORAQUICK·

counselling, guidance and treatment should be under medical supervised testing,

*LAB Test Order Sheet*

*DeANN*

(1)

## Order Information

ALT, SERUM [84460B] (Order 213057327)

---

### Encounter

View Encounter

### Priority and Order Details

| Priority | Class |
|----------|-------|
| Routine | Normal |

### Associated Diagnoses

DM 2

### Future Order Information

| Expected By | Expires |
|-------------|---------|
| 6/3/13 (Approximate) | 10/19/13 |

### Order CC Information

| Recipient | Phone |
|-----------|-------|
| Daniels, Antonio Andrew, MD | 360-408-7687 |

### Order Information

| Electronically Authorized By | Electronically Ordered By |
|------------------------------|---------------------------|
| Kono, Earl Miyuki, DO | Kono, Earl Miyuki, DO |

### Order Providers

| Authorizing Provider | Encounter Provider |
|----------------------|--------------------|
| Kono, Earl Miyuki, DO | Kono, Earl Miyuki, DO |

### Order Tracking Information

ALT, SERUM (Order#213057327) on 4/22/13

These 3 print outs or LAB Test ORDERS
are given by DeAnn at Kaiser Sunnyside
Doctor's clinic, print out By Stephanie Hudgkinson
MA.

DeAnn informed me there is no HIV
order nor history shows it was ORDER

However, After addressing this issue with
not getting my concent or have written
concent with Ms. Mackeson, Maribeth at
Kaiser Interstate and Mr. Witt at Record Medical
Record office and w/ DeANN, Finally I receive
HIV Order sheet From DR. Callahan at Cascade Dental on
May 18, 2013 - Will not concern

| Order Information | BASIC METABOLIC PANEL (NA, K, CL, CO2, BUN, CR, GLU, TOTAL CA) [80048B] (Order 213057324) |
|---|---|

## Encounter

View Encounter

## Priority and Order Details

| Priority | Class |
|---|---|
| Routine | Normal |

## Associated Diagnoses

DM 2

## Comments

BASIC METABOLIC PANEL per AMA contains:

Sodium, Potassium, Chloride, CO2
Random Glucose, BUN, Creatinine, Calcium

## Future Order Information

| Expected By | Expires |
|---|---|
| 4/29/13 (Approximate) | 10/22/13 |

## Order CC Information

| Recipient | Phone |
|---|---|
| **Daniels, Antonio Andrew, MD** | 360-408-7687 |

## Order Information

| Electronically Authorized By | Electronically Ordered By |
|---|---|
| Kono, Earl Miyuki, DO | Kono, Earl Miyuki, DO |

## Order Providers

| Authorizing Provider | Encounter Provider |
|---|---|
| Kono, Earl Miyuki, DO | Kono, Earl Miyuki, DO |

## Order Tracking Information

BASIC METABOLIC PANEL (NA, K, CL, CO2, BUN, CR, GLU, TOTAL CA) (Order#213057324) on 4/22/13

5/1/13

Name: OKUDA,AARON,YOSHIHITO
HRN: 63504651

Primary Care Physician: Antonio Daniels (1203W)
Other screening exams you may be due for:

| Test | About this test |
|------|-----------------|
| HIV screening | US Preventive Services Task Force is recommending that all patients from ages 18 - 65 are tested once for HIV. An HIV test will be included in your regular labs. You may contact your primary care provider should you have any questions about these tests. |

Managing your health is important to us. This is a personalized summary of your health care needs. It is also a reminder of how important it is to keep up-to-date with medical tests and health screenings. Having regular tests and screenings can help you avoid many health problems, and will help you and your health care team to better manage any existing problems.

Questions about this letter? Call us Monday through Friday, 8 a.m. to 6 p.m.
All areas 1-800-813-2000
TTY 1-800-735-2900
Language interpretation services 1-800-324-8010
You may also log on to kp.org to send a secure message to Membership Services.

As of 05/01/2013

instead of Huntly, Jon, DR. Antonio Daniels
is shown as the person who order?

Received on my 1st 2013.

ORG MESSAGE REPORT                                                    Message [11701876]

From      Aaron Y Okuda
To        Matsumura, Andrea L, MD [P 28113]
Composed  10/23/2012 5:02 PM
For Delivery On  10/23/2012 5:02 PM
Subject   RE: Part 5 last
Message Type  Patient Medical Advice Request
Read Status   Y

*Refuse to Refer* *Refer to* *Vancouver* *counselor* *Refuse to Refer another counselor*

Message Body  Dear Dr. Matsumura
As I informed you many times that I am not comfortable how
Mental Health Department is handling my referral.
I specifically requested to be refer to Counselor in Vancouver or
Longview WA and I though you made that referral about 3 months
Ago. Meantime, I tried to have counselor at other resource, but
Did not work out so I tried to get referral thorough Mental
Health Department. They refuse to do so. I met supervisor
At Patient Check in at Interstate Central and contacted your office for referral
Because Member service or Patient Check in staff was not
Able to contact people in your office for referral.
After supervisor contacted you fro referral, Mr. Micheal House
Called and left the message and said he received request on referral
For psychiatrist medication Evaluation. He informed me to
Contact primary physician which is you. I made an last two
Appointments for my allegy (cold). However, you made a referral to
Psychiatrist Medication evaluation.



*MR. Callahan at Cascade Park Dental*
*Gave me this*

Name: **OKUDA,AARON,YOSHIHITO**
HRN: **63504651**

Primary Care Physician: Antonio Daniels (1203W)

These recommendations are based on information regarding your general health, your age, and national guidelines for preventive care. Your clinician may determine that you need these tests more or less frequently.
Our records indicate you are due for the following:

**Lab tests—Please bring this chart with you to any Kaiser Permanente laboratory. Most medical offices provide lab services between 8 a.m. and 5 p.m. Monday through Friday. Fasting is not required for any of these recommended lab tests. Your clinician may schedule additional tests for you. Please check with a lab representative when you come in.**

| Test | About this test | Test code - for lab use |
|---|---|---|
| **Blood tests** | | |
| Diabetes monitoring test (HbA1c) | This test measures average blood glucose levels. Generally lower levels are better, and for most patients a level under 7 is best. | 2921552 |
| Potassium level | Potassium (K+) helps nerves and muscles communicate. Some medications and certain illnesses can cause potassium levels to be too high or too low. It is important to have your potassium level checked regularly. | 2921259 |
| Kidney function test (creatinine) | Creatinine is a waste product carried in the blood. This test measures how well your kidneys are functioning to remove creatinine. | 2921236 |

*Received on*

*in*

Received on May 21, 2013
at Cascade Park Dental Office  KAISER PERMANENTE.

Name: **OKUDA,AARON,YOSHIHITO**
HRN: **63504651**

Primary Care Physician: Antonio Daniels (1203W),

These recommendations are based on information regarding your general health, your age, and national guidelines for preventive care. Your clinician may determine that you need these tests more or less frequently.
Our records indicate you are due for the following:

**Lab tests—Please bring this chart with you to any Kaiser Permanente laboratory. Most medical offices provide lab services between 8 a.m. and 5 p.m. Monday through Friday. Fasting is not required for any of these recommended lab tests. Your clinician may schedule additional tests for you. Please check with a lab representative when you come in.**

| Test | About this test | Test code - for lab use |
|------|-----------------|-------------------------|
| **Blood tests** | | |
| Diabetes monitoring test (HbA1c) | This test measures average blood glucose levels. Generally lower levels are better, and for most patients a level under 7 is best. | 2921552 |
| Potassium level | Potassium (K+) helps nerves and muscles communicate. Some medications and certain illnesses can cause potassium levels to be too high or too low. It is important to have your potassium level checked regularly. | 2921259 |
| Kidney function test (creatinine) | Creatinine is a waste product carried in the blood. This test measures how well your kidneys are functioning to remove creatinine. | 2921236 |

**Complaint - Medical Professional**
Legacy Emanuel Medical Center
St. Helens Clinic Urgent Care

Claim Against: Madalene C Anderson, FNP

   1) January 15th (Tue), 2013

      Madalene C Anderson, FNP Medical Examed: Mieko Okuda

**Investigation requesting If this is Cover up for the mother being child abuse for not taking to Medical Professional for treatment. Also if it is right medication for her Health condition due prescribe very strong and has Codeine/narcotic Medication to 7 years old minor child.**

Mieko was taking to Urgent Care sometime after school.
Medication that prescribe by M. Anderson, FNP was "CHERATUSSIN AC SYRUP".
According to pharmacist, it is very strong medication.  It has CODEINE. The medicine is a narcotic cough suppressant and expectorant combination used to treat cough due to colds or flu.

Highlight of Facts
   1. M. Anderson, FNP prescribed "CHERATUSSIN AC SYRUP"
      Has Codeine/narcotic
   2. Office Manager gave excuse. Never Called or meet me to discuss Mieko's Health being.
   3. The Nurse refuse to share any medical information
      Used excused because of HIPPA and we do not know you are father
      Although I had Court Paper and Drivers License ID.
   4. Ms. Caroline, Mieko's mother did not allow me to talk. Not being able to Confirm her health condition. Especially ever time she use "Mieko being Not feeling good".
   5. Mother said she has a fever. She did not say she has serious cough or coughing. Medication for Fever was not given? Why medicine for Cough only.
   6. Ms. Caroline, Mother always refuse to take Mieko to Medical Professionals. Previously Mother informed me "You dn't take a child to urgent care just because she does not feel good. It is not an emergency, urgent care is for emergency. This is every time the mother refuse to Drop off with me when it is my parenting time.
   7. Possible cover up like Columbia County Mental Health Clinic based on all Information I gather.
   8. Sick excuse always happen on my pick up days and I believe when mother is off from work on most of Mondays and Fridays?  Need to Confirm.

Mother's Statement: Text Message. Mieko had a **FEVER**
- No medicine was prescribed for FEVER.
- Mieko was not coughing around 10:35am – 10:50am on January 15th (Tue)
- No reporting on Mieko being sick or Coughing in the class on January 15th
  Confirmed by Lewis & Clark Elementary School Principal.
- Medicine that prescribed by M. Anderson FNP was very strong. According to
  pharmacist, it is for very serious cough. It contains Codeine and narcotic.
  Why M. Anderson FNP gave Mieko such a strong Medicine?
- Addressed concerned with Mieko's Mother not taking her to Urgent Care
  after 5 days with Office Manager, Joyce at Legacy Clinic in St. Helens on
  Tuesday, January 15th around 3pm. After that Mother took Mieko to Legacy
  Clinic. In Past the mother has history of refusing to take Mieko to Urgent
  Care Or Emergency Room. See attached Text Message. Question is why after
  I spoke to an Office Manager. I am confident that Office Manager, Joyce
  Contacted someone either directly or indirectly contacted Ms. Caroline's
  Attorney, Ms. Cathi Callahan who is former Prosecutor and she must have
  Contact Ms. Caroline to have medical attention because it looks like it is
  Child abuse for not having medical attention especially after 5 days being
  sick if it is true.
- On January 16th (Wed), I went back to Urgent Care around 3pm. Went to
  regular clinic and asked for an Office Manager, Joyce. They said she is in the
  meeting and do not know when she come out of the meeting. However, after
  I went to Urgent Care in the parking lot about 15 min later, I saw 2 rooms
  with one with Meeting Room and no one in the room. Right Next room was
  an office and one person was sitting at the desk, where I am confident that
  that was an Office Manager's room. Seem to be ignoring.
- I asked for attendant physician for Mieko when she was exam on January 15th
  (Tue). It was M Anderson but I was told she is not working. Need to find out if
  she was really not working that day.
- Nurse at Urgent Care refused to share any information about Mieko when
  she was discharged information including what kind of medicine did she
  prescribe, health condition, etc. She said she can not disclose because of
  HIPPA law. I tried to show my "Stipulated General Judgment" that includes I
  have right to access information. She said I do not know if you are her parent
  even though, I showed my Driver's License ID. She takes my name and phone
  number and have Office Manager, Joyce call me. Office Manager, Joyce never
  called me regarding my daughter's Health. I have responsibility looking over
  her, especially it should to be under my care.
- On January 21st (Mon) Mother did not bring Mieko for my parenting time.
  No respond. Has witness. See attach. M L K day.
- On January 22nd (Tue) Visited Mieko during lunch 10:35am-10:45am.
  Mieko said she was fine. She knows mother did not allow her to see me.
  She said she did not take any medicine and no coughing.

- There is a history that Columbia County Mental Health Clinic in St. Helens
  Did not see Mieko when Mieko had Parental Alienation. Counselor
  Did not want to hear anything about the mother's behavior and video tape on
  Mieko being Alienated. After several month from Feb. 2010 to Sept. 2010, I
  took series of video showing Mieko being Alienated by Mother and Day care
  person who was receiving $400-$500 per month for day care work from
  DHS. I sent all videos to Counselor at Community Action Team who teaches
  Court appointed High Conflict Divorce Class. Child Care person was
  immediately fired with in a week.
- about half of Legacy Clinic women are divorce and they have misconception
  about men or against man according to my friend's neighbor who works at
  this clinic.
- Ms. Caroline, Mieko's mother never allowed me to speak to my daughter
  Mieko who is a patient, especially when she use excuse that "Mieko being not
  feeling good".

There is a history of refusal of treatment by M Anderson FNP
I also like to file complaint regarding consider abandment of treatment on
Shooting noise in head. She only wanted to treat my Ankle. She was
Rough and look exhausted and nervous when I had medical examination.
She said "I am VERY BUSY". I was shocked to hear that any Medical Provider,
Medical Professional would state like that. I never had shooting noise in my
head. Only ear ringing. What if it is something that happen to brain. This is
one of the reason I went to urgent care to find out. I certainly do not agree
and no excuse for Medical Professional to say "I am VERY BUSY".
She noted that I was very angry. However I would like to make clear that I did
not scream or yell. Or never try to harm other. I just left the clinic and went to
OHSU Emergency Room for treatment. Comment in Medical Chart like "He
then asked for my name and eloped very angry" caused another Doctor, Dr.
Rebbekha Keeaokalani Tippetts MD to be bring in Police Office in patient
room about 15 ft x 12 ft? and officer standing at the entrance door and Doctor
sitting right across from him about 4 -5 feet away from them really intimate
me with no privacy. Legacy Emmanuel Hospital has pressure to sign paper
something I do not agree on Financial Terms especially I was on OHP
insurance
That patient does not have any financial responsibility. Right before I see this
doctor, I went to Emergency Room in Salmon Creek, WA. for Anxiety reaction
treatment, No police officer came in to patient room. Actually they were very
professional and courteous. Another Doctor name Krishnasamy, Prasanna,
MD also noted something like I had confrontation at the office and I always
late with 2 no shows. However he himself always delay seeing me more than
30min to 1 hr. and I had to reschedule my other appointments for few
occasions. He was actually hyper and spoked loud voice when I had conflict at
front desk asking for Dr. Krishnasamy to be on time, especially they have been

very demaded patients. He also did not follow up with referring to specialist for my back problem and possible surgery. I ended up having several months late due to lack of professional treatment.

In additional I had some issue at Legacy Clinic in St. Helens with Dr. Murry's Nurse (I Believe his name is Craig but he no longer work there. He is male nurse and big) in 2010 or latest day that I have seen Dr. Murry. I was late on two appointments by 5-10min. after grace time Of 15 min. I left message with Dr. Murry's Nurse, Craig? Did not relay my important message and when I try to talk to him about my message, he took me to patient's exam room and start to posturing and yelling at me about being late and that I complaint about him at Legacy Emmanuel Hospital Patient Relations. I appoligized more then several time being late, but he kept going for several minutes yelling at me in the patient's room. Legacy never write me back letters regarding my complaint on Their St. Helens Clinic and Medical Group Krishnasamy at Emmanuel Hospital. I found that patients file complaints, they get really fire back at you, instead of admitting the facts and they write in comments that questioning about the patients and go against the patients. It will be more reluctant for patients to go to that clinic again.


History:

January 11th and 14th, 2012

I found out Mieko was on Sick leave on Jan. 11th (Fri) and 14th (Mon). She called School on Jan 11th but not on Jan 14th. (Gave note on Jan 15th (Tue)). I see there is a pattern that Ms. Caroline uses Sick Leave to Lie to the School. Fridays and Mondays seems to be Ms. Caroline's Holiday after examining the patterns. She also just refused dropping off on Fridays as well. I checked with Legacy Clinic (Urgent Care/Doctor's office) in St. Helens, but there is no record showing Ms. Caroline brought Mieko for Medical Attention especially on Jan 14th with in 4 days that Mieko should seek doctor. Mieko did not respond to me if she was not feeling well on Monday when I had lunch with her on January 15th (Tue).

January 11th, (Fri) Mieko was Sick Leave. Not at the School.

January 14th (Mon) Mieko was not at the School. Mother did not call in Sick Leave for Mieko

January 15th (Tue) Mieko was at the School, ate lunch together. Mother gave note to school for Sick Leave

January 16th (Wed) Mieko was absent at the School. The Lewis & Clark Secretary Informed me that the school did not get any note from Mieko's mother.

Mother send Text message 1 hr before pick up time and text me that she took Mieko to Urgent care because Mieko has fever. However Jan. 16th is my parenting time. She text message and said she took her to Urgent Care. I went to Legacy Clinic in St. Helens, OR around 3pm.

At the Legacy Clinic in St. Helens (regular clinic), I asked for Office Manager. I was told that she is in the Meeting and do not know when she will be free. I was told to go to Legacy Clinic Urgent Care. Spoked to the Nurse. I asked her that I would like to get information of Medical Record that what nature of examination and what doctor has subscribe medication and discharge information. I tried to show my ID and the Court Paper "Stipulated Judgment". Nurse refuses to see and said It is against HIPPA law and we do not know if you are parent and I have to refer you to Joyce, Office Manager. She took my contact number but Joyce never called. While I was walking to my car, I saw two windows with one with meeting room but no one is there. In another room one person sitting at the office. I did not see any other people.

I met Joyce, Office Manager on January 15th regarding my concern about my daughter for about 10 – 15 min. explaining what is going on with her mother. One of the concern is Mother did not take Mieko to school on Friday 11th, and 14th. On 15th, Mieko was at Cafeteria and she looks fine, but she did not respond to my question why she did not come to school on Monday. It seems to be the mother brought Mieko after I informed Joyce, Office Manager at Legacy Clinic. She must called someone and that person must called Mother's Lawyer to come to the clinic.

On January 18th (Friday) – I spoked to St. Helens District Lewis & Clark Elementary School Principal and found out there is no report on Mieko Health condition from Mieko's Teacher. Mieko was fine and she did not complaint any health issue or she was not coughing when I visited during her lunch hour.

Mieko was taking to Urgent Care sometime after school. Medication that prescribe by M. Anderson, FNP was "CHERATUSSIN AC SYRUP". According to pharmacist, it is very strong medication. It has CODEINE. The medicine is a narcotic cough suppressant and expectorant combination used to treat cough due to colds or flu.

Mother has history of using an excuse as "Mieko is not feeling good. She is staying with me".

However, I am trying to get medical record seen by Dr. Anderson. FNP

I called mother that I want to talk to Mieko but she did not call and around and text message at 7:04pm. that she is sleeping Text Message Jan 16 @ 11:47am "mieko had a fever. I took her to urgent care already. She needs to rest and pass 24 hours from fever. She is staying wit home till she gets better."

January 17th 2012
I asked her to call me back next morning. I left message again at 10:20 am to remind her to call me.

# YOUR PERSONAL PRESCRIPTION INFORMATION

Your Walgreens Pharmacy Location
175 South Columbia River Hwy
St Helens, OR 97051
(503)397-7862

IF YOU HAVE QUESTIONS ABOUT YOUR PRESCRIPTION, PLEASE CONTACT YOUR WALGREENS PHARMACIST OR CALL 1-800-WALGREENS.

| | | |
|---|---|---|
| PATIENT   MARIE OKUDA | DOCTOR   M. ANDERSON, FNP | DRUG DESCRIPTION |
| BIRTH DATE  12/14/05 | | |
| MEDICATION  CHERATUSSIN AC SYRUP | | LIQUID |
| QUANTITY   120 | PATIENT ALLERGIES | |
| DIRECTIONS   GIVE "MARIE" 5 ML BY MOUTH THREE TIMES DAILY AS NEEDED FOR COUGH | | LIGHT PINK |

**INGREDIENT NAME:** GUAIFENESIN (gwye-FEN-e-sin) and CODEINE (KOE-deen)

**COMMON USES:** This medicine is a narcotic cough suppressant and expectorant combination used to treat cough due to colds or flu. It may also be used for other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are taking sodium oxybate. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are also taking anticholinergics (such as hyoscyamine), cimetidine, HIV protease inhibitors (such as ritonavir), naltrexone, quinidine, or rifampin. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including if you have been very ill, or if you have a history of alcohol or substance abuse; breathing problems (such as asthma, emphysema, or chronic obstructive pulmonary disease); chronic constipation; chronic cough; cough that produces large amount of mucous; growths in the brain; increased pressure in the brain; head injury; kidney, liver, or thyroid problems; stomach problems (such as severe inflammatory bowel disease); allergies; pregnancy; or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have diarrhea due to food poisoning or antibiotic use. Use of this medicine in children under age 2 is not recommended. Discuss with your doctor the risks and benefits of giving this medicine to your child. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

**HOW TO USE THIS MEDICINE:** FOLLOW THE DIRECTIONS for using this medicine provided by your doctor or on the package. DO NOT EXCEED the recommended dose. TAKE THIS MEDICINE with food. TO HELP THIS MEDICINE LOOSEN CONGESTION, drink a glass of water or other liquid with each dose of medicine unless directed otherwise by your doctor. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to codeine, hydrocodone, dihydrocodeine, or to oxycodone. A severe allergic reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine or if a certain medicine contains codeine, hydrocodone, dihydrocodeine, or oxycodone, contact your doctor or pharmacist. IF YOU EXPERIENCE difficulty breathing; tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tell your doctor immediately. Do not take any more of this medicine unless your doctor tells you to do so. DO NOT EXCEED THE RECOMMENDED DOSE or take this medicine for longer than prescribed. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. IF YOUR COUGH CONTINUES for more than 7 days, or if you develop a high fever or persistent headache, check with your doctor. THIS MEDICINE MAY AFFECT CERTAIN LAB TEST RESULTS. Make sure laboratory personnel and your doctors know you use this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. AVOID ALCOHOL while you are using this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS of alcohol and other depressants (such as sleep aids or tranquilizers). Ask your pharmacist if you have questions about which medicines are depressants. THIS MEDICINE MAY CAUSE drowsiness or dizziness. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. THIS MEDICINE MAY CAUSE DIZZINESS, lightheadedness, or fainting. Alcohol, hot weather, exercise, and fever can increase these effects. To prevent them, sit up or stand slowly, especially in the morning. Also, sit or lie down at the first sign of dizziness, lightheadedness, or weakness. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. This includes other cough and cold medicines. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of the medicine. FOR WOMEN: THIS MEDICINE MAY CAUSE HARM to the human fetus. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. DO NOT

BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while you are taking this medicine include drowsiness, dizziness, headache, nausea, vomiting, constipation, or stomach pain. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience change in the amount of urine, facial flushing, involuntary muscle movement, mood or mental changes, or severe or persistent vomiting. CONTACT YOUR DOCTOR IMMEDIATELY if you experience fainting, irregular heartbeat, hallucinations, or slow or irregular breathing. An allergic reaction to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include slowed breathing, extreme drowsiness, deep sleep or loss of consciousness, decrease in muscle tone, cold and clammy skin, or slow pulse.

**ADDITIONAL INFORMATION:** If your symptoms do not improve within 5 days, if they become worse, or if you develop a high fever or persistent headache, check with your doctor. DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children and pets. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

You may report side effects to FDA at 1-800-FDA-1088.

Do not flush unused medications or pour down a sink or drain.

WIC# 216382



OK

*0319415 0101 1 0001199 2*

TUE 8:19PM
$11.99

MARIE OKUDA
445 Wewon Crt
Columbia City, OR 97018
(503)369-8069

- Join Prescription Savings Club today and save $2.02!
  Ask if you qualify.

*Welcome*
01/15/13
New

# Walgreens

Well trusted since 1901.™

LOOK INSIDE FOR IMPORTANT DETAILS
ABOUT YOUR MEDICATION.

Learn more about ways to manage your health and
your prescriptions at **Walgreens.com/pharmacy**.

---

$11.99

DATE: 01/15/13

RX# 0319415-10056

CHERATUSSIN AC SYRUP
QTY:120    1 REFILL BEFORE 07/16/13
New        NDC:00603-1075-58

M. ANDERSON FNP
MFG:QUALITEST
CFB/CFB/CFB/ /CFB

Walgreens
175 SOUTH COLUMBIA RIVER HWY ST HELENS, OR 970
PH:(503)397-7862

CHERATUSSIN AC SYRUP
00603-**1075**-58
FAST RACK

LIQUID

LIGHT PINK

QTY 120

Pharmacy use only

WAITING
TUE  8:19PM
New

Duplicate Receipt

$11.99

DATE: 01/15/13

CHERATUSSIN AC SYRUP
QTY:120    1 REFILL BEFORE 07/16/13
New        NDC:00603-1075-58

M. ANDERSON FNP
MFG:QUALITEST
CFB/CFB/CFB/ /CFB

Walgreens
175 SOUTH COLUMBIA RIVER HWY ST HELENS, OR 970
PH:(503)397-7862

Customer Receipt

ur Walgreens
armacist
n help you

ect the right cold
flu products for
r symptoms.

expert advice
quick relief this
l and flu season.

swers at Walgreens

d treatment of your medical condition.

vice or a recommendation by Walgreens.

Cheratussin AC – Print Version


# Drugs.com

The following information is intended to supplement, not substitute for, the expertise and judgment of your physician, pharmacist or other healthcare professional. It should not be construed to indicate that the use of the drug is safe, appropriate, or effective for you. Consult your healthcare professional before taking this drug.

# Cheratussin AC

**Generic Name:** codeine and guaifenesin (KOE deen and gwye FEN a sin)
**Brand Name:** *Allfen CD, Allfen CDX, Brontex, Cheracol with Codeine, Cheratussin AC, Codar GF, Dex-Tuss, Diabetic Tussin C, Duraganidin NR, ExeClear-C, Guaiatussin AC, Guaifen-C, Guiatuss AC, Guiatussin with Codeine, Iophen-C NR, M-Clear, M-Clear WC, Mar-cof CG, Mytussin AC, Robafen AC, Robitussin-AC, Tussiden C, Tusso-C*

## What is Cheratussin AC (codeine and guaifenesin)?

Codeine is in a group of drugs called narcotics. It is a cough suppressant that affects the signals in the brain that trigger cough reflex.

Guaifenesin is an expectorant. It helps loosen congestion in your chest and throat, making it easier to cough out through your mouth.

The combination of codeine and guaifenesin is used to treat cough and to reduce chest congestion caused by upper respiratory infections or the common cold.

Codeine and guaifenesin will not treat a cough that is caused by smoking, asthma, or emphysema.

Codeine and guaifenesin may also be used for other purposes not listed in this medication guide.

## What is the most important information I should know about Cheratussin AC (codeine and guaifenesin)?

Ask a doctor or pharmacist before using any other cough or cold medicine. Guaifenesin is contained in many combination medicines. Taking certain products together can cause you to get too much guaifenesin. Check the label to see if a medicine contains an guaifenesin, or an expectorant.

Codeine and guaifenesin may impair your thinking or reactions. Avoid driving or operating machinery until you know how this medicine will affect you.

Codeine may be habit-forming and should be used only by the person it was prescribed for. This medication should never be shared with another person, especially someone who has a history of drug abuse or addiction. Keep the medication in a secure place where others cannot get to it.

Do not give this medication to a child younger than 4 years old. Always ask a doctor before giving a cough or cold medicine to a child. Death can occur from the misuse of cough and cold medicines in very young children.

## What should I discuss with my healthcare provider before taking



3181 S W Sam Jackson Park Road
Mailcode: OP17A
University Hospital South

OKUDA,MIEKO
MRN: 06169599
DOB: 12/14/2005, Sex: F
Enc. Date:01/23/13

## DISCHARGE SUMMARY NOTES (continued)

Mieko looks great-there is no evidence that she has any sort of infection at this time. If she develops fevers, cough or difficulty breathing, please call the clinic.

## CONSULT NOTES

Progress Notes signed by Francisco J Corbalan, MD at 01/23/13 1558

| Author: | Francisco J Corbalan, MD | Service: | Pediatrics | Author Type: | Resident |
|---------|--------------------------|----------|------------|--------------|----------|
| Filed: | 01/23/13 1558 | Note Time: | 01/23/13 1513 | | |

### General Pediatric Clinic Note

### SUBJECTIVE:

Mieko Okuda is a 7 year old female  brought in by her Father.

Chief Complaint
Patient presents with
• Cold
   *no fever. no body aches*

Dad brings in Mieko today due to concern that she may be ill. Was with mom last week and reportedly had cough and possibly fever. Currently asymptomatic-no cough, no runny nose, no sore throat, no ear pain, no fever/chills, no n/v, no diarrhea, eating and dr inking normally, normal energy level, normal UOP. She describes the cough she did have as m ild, non-productive without associated SOB. No smokers in either home.

Unknown immunization status; PCP unable to obtain after last visit.

**ROS:** negative except as stated above
**PMH/PSH:** reviewed and updated
**FH:** non-contributory
**SH:** Splits time between mom and dad; dad reports mom and dad are in conflict due to recent divorce and therefore Mieko's health care is a bit sporadic. Dad has m ultiple questions about his rights to obtaining health information for Mieko.

MEDS:
No current outpatient pr escriptions on file.

### OBJECTIVE:

| Filed Vitals | |
|---|---|
| | 01/23/2013 3:12 PM |
| Height: | 120.2 cm (3' 11.32") (36 %ile) |
| Weight: | 20.9 kg (46 lbs 1.2 oz) (26 %ile) |



3181 S W Sam Jackson Park Road
Mailcode: OP17A
University Hospital South

OKUDA,MIEKO
MRN: 06169599
DOB: 12/14/2005, Sex: F
Enc. Date:01/23/13

## DISCHARGE SUMMARY NOTES (continued)

## CONSULT NOTES

**Telephone Encounter signed by Troy Kindy at 01/30/13 18:39**

| Author: | Troy Kindy | Service: | (none) | Author Type: | Social Worker |
|---------|-----------|----------|--------|--------------|---------------|
| Filed: | 01/30/13 1839 | Note Time: | 01/30/13 1836 | | |

Social work note:

Met with father of patient at time of last clinic appointment. Father of patient provided legal documentation from court regarding custody and designation of parental rights. Shared documents with legal department. Legal department determined that father of patient has the ability to consent for ordinary medical care for patient. Sending documentation to scanning. No other needs identified at this time.

Troy Kindy, LCSW, pager #10116

## HISTORY & PHYSICAL

**Telephone Encounter signed by Troy Kindy at 01/30/13 18:39**

| Author: | Troy Kindy | Service: | (none) | Author Type: | Social Worker |
|---------|-----------|----------|--------|--------------|---------------|
| Filed: | 01/30/13 1839 | Note Time: | 01/30/13 1836 | | |

Social work note:

Met with father of patient at time of last clinic appointment. Father of patient provided legal documentation from court regarding custody and designation of parental rights. Shared documents with legal department. Legal department determined that father of patient has the ability to consent for ordinary medical care for patient. Sending documentation to scanning. No other needs identified at this time.

Troy Kindy, LCSW, pager #10116

## DISCHARGE SUMMARY NOTES

**Telephone Encounter signed by Troy Kindy at 01/30/13 1839**

| Author: | Troy Kindy | Service: | (none) | Author Type: | Social Worker |
|---------|-----------|----------|--------|--------------|---------------|
| Filed: | 01/30/13 1839 | Note | 01/30/13 1836 | | |

10/12/2011 WED 15:24  FAX 503 413 3375 Legacy Emanuel R.O.E.                    ☒025/079



**LEGACY HEALTH**

LEGACY EMANUEL MEDICAL
CENTER
2801 N Gantenbein Ave
Portland, OR 97227-1623

OKUDA,AARON Y
MRN: 8000509319
DOB: 11/4/1955, Sex: M
Adm:8/25/2011, D/C:8/25/2011

---

**ED Provider Notes (continued)**



1: swelling
2 Swelling

---

**PROCEDURES:** Procedures  MDM

---

**ED COURSE / MDM:**

Patient presented today w/ complaint of ankle injury
Exam was done and I recommended Xray which he agreed to.
He then began to discuss problem he has been having for a month related to "electrical" device that is being used for an OJI
For the past month he has been hearing a noise in head, a shooting noise as well as ringing in his ears and feeling off balance, denies hearing changes.     *evaluate*
He has been seen at Concerta but indicated he did not want to go back.   → *Noise in my hea*
He is also seeing an MD who is referring him for surgery on his back at OHSU.
I indicated to patient I was happy to evaluate his urgent problem and evaluate the noise in his head issue but    ✗ *Very*
told him he needed to follow up with his previous providers about his OJI claims.    *Bus*
I explained we are an urgent care and I would deal with the urgent issues, I explained we were very busy,( we
were working on a STEMI pt while he was here) He became very angry saying I should not tell a patient I am
busy.
He then asked for my name and eloped very angry.

*Consider Abandment
For Medical Treatmen.*

---

Printed on 10/12/2011  3:11 PM              Aaron Y Okuda                *What if Serious?*
                                   DOB: 11/04/1956 CSN: 414163418
                                      Printed by: KM [37695]

10/12/2011 WED 15:24   FAX 503 413 3375 Legacy Emanuel R.O.I.                    ☑024/079


**LEGACY**
**HEALTH**

LEGACY EMANUEL MEDICAL            OKUDA,AARON Y
CENTER                            MRN: 8000509319
2801 N Gantenbein Ave             DOB: 11/4/1958, Sex M
Portland, OR 97227-1623           Adm:8/25/2011, D/C:8/25/2011

ED Provider Notes (continued)

**Past Medical History:**
Past Medical History
Diagnosis                                         Date
· DM type 2 (diabetes mellitus, type 2)           5/17/2011
· Hyperlipidemia                                  5/17/2011
· Latent tuberculosis                             5/17/2011
· Chronic low back pain                           5/17/2011
· Lumbar spinal stenosis                          5/17/2011
· Allergic rhinitis, cause unspecified            5/17/2011

**Past Surgical History:**
No past surgical history on file.
Social History: Marital status:   Legally Separated
        Substance use:  reports that he has never smoked. He does not have any smokeless tobacco
history on file.  His alcohol and drug histories not on file.

Family History: family history is not on file.

I have reviewed RN note and agree with past medical and social history unless otherwise noted.

ROS: Review of Systems
Musculoskeletal: Positive for joint swelling and gait problem.

**PHYSICAL EXAM:**
SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished. No distress.
Musculoskeletal:
    Left ankle: He exhibits normal range of motion and no ecchymosis, tenderness. Lateral malleolus and
AITFL tenderness found. No head of 5th metatarsal and no proximal fibula tenderness found.
    Feet:

Printed on 10/12/2011  3:11 PM                 Aaron Y Okuda
                                       DOB: 11/04/1958 CSN: 414153418
                                            Printed by: KM [37695]

*Consider Abandment For Medical Treatment*
*What if there is serious problem?*



Several Request Made to Mother for me to talk to Mieko how she is doing, but never allowed me to talk, refuse to drop off, use excuse Mieko being sick,