IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AARON Y. OKUDA,  
                Plaintiff,

v.

KAISER PERMANENTE and  
LEGACY HEALTH SYSTEM,

                Defendants.

3:13-CV-00872-PK

JUDGMENT OF DISMISSAL

The Court issued an Opinion and Order (#10) on June 21, 2013, dismissing the Complaint without prejudice for lack of subject-matter jurisdiction and granting Plaintiff leave to file an amended complaint no later than July 22, 2013, for the purpose of curing the deficiencies as set out in the June 21, 2013, Order. On July 17, 2013, Plaintiff was granted an extension (#23) to August 21, 2013, to file an amended complaint. To date, however, Plaintiff has not filed an amended complaint.

The court, therefore, **DISMISSES without prejudice.**

DATED this <u>6th</u> day of September, 2013.

                                                        /s/ Anna J. Brown  
                                                        ANNA J. BROWN  
                                                         United States District Judge